**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

IN RE: Akorn Inc., et al.

| | |
|---|---|
| 199SEIU National Benefit Fund, et al.<br><br>Appellants,<br><br>v.<br><br>Official Committee of Unsecured Creditors of Akorn Inc., et al.<br><br>Appellees | Civil Action 20-1254<br><br>Bankruptcy Case No. 20-11177 (KBO)<br>Bankruptcy BAP No. 20-29 |

**1199SEIU BENEFIT FUNDS, DC47 FUND AND SBA FUND'S DESIGNATION OF
ITEMS FOR RECORD ON APPEAL**

Appellants, AFSCME District Council 47 Health and Welfare Fund, 1199SEIU National Benefit Fund, 1199SEIU Greater New York Benefit Fund, 1199SEIU National Benefit Fund for Home Care Workers, 1199SEIU Licensed Practical Nurses Welfare Fund and Sergeants Benevolent Association Health and Welfare Fund (together, "1199SEIU Benefit Funds"), AFSCME District Council 47 Health and Welfare Fund ("DC47 Fund"), and Sergeants Benevolent Association Health and Welfare Fund ("SBA Fund"), by and through their undersigned counsel, hereby submit their designation of items to be included in the record on appeal, pursuant to Federal Rule of Bankruptcy Procedure 8009(a), in connection with their appeal from the Order Confirming the Debtors' Plan (DI #673), entered by the United States Bankruptcy Court for the District of Delaware on September 4, 2020. 1199SEIU Benefit Funds, DC47 Fund, and SBA Fund respectfully represent as follows:

**DESIGNATION OF ITEMS FOR THE RECORD ON APPEAL**

| Docket Index No. | Date Filed | Document Title |
|---|---|---|
| 503 | 8/20/2020 | Objection to Confirmation of Plan Filed by Charles P. Ehlen |
| 520 | 8/21/2020 | IRP Class Claimants' Objection to Confirmation of Joint Chapter 11 Plan of Akorn, Inc. and its Debtor Affiliates |
| 547 | 8/25/2020 | Modified Joint Chapter 11 Plan of Akorn, Inc. and its Debtor Affiliates |
| 552 | 8/25/2020 | Provepharm, Inc.'s Objection to Confirmation of the Joint Chapter 11 Plan of Akorn, Inc. and its Debtor Affiliates |

| 553 | 8/25/2020 | Objection of 1199SEIU Benefit Funds, DC47 Fund and SBA Fund to the Debtors' Motion to Sell (DI #18) and Confirmation of the Debtors' Plan (DI #258)[1] |
|---|---|---|
| 560 | 8/25/2020 | The Official Committee of Unsecured Creditors' Statement in Support of Akorn's Plan and Sale Motion |
| 562 | 8/25/2020 | Louisiana Department of Revenue's Objection to Confirmation of Joint Chapter 11 Plan of Akorn, Inc. and its Debtor Affiliates |
| 565 | 8/25/2020 | Opt-Out Plaintiffs' Limited Objection to Joint Chapter 11 Plan of Akorn, Inc. and its Debtor Affiliates |
| 566 | 8/25/2020 | Objection of Fresenius Kabi AG to the Joint Chapter 11 Plan of Akorn, Inc. and its Debtor Affiliates |
| 567 | 8/25/2020 | Limited Objection of Leadiant Biosciences Inc. to Confirmation of the Debtors' Joint Chapter 11 Plan |
| 575 | 8/26/2020 | Gabelli Funds, LLC's Limited Objection to Confirmation of the Modified Joint Chapter 11 Plan of Akorn, Inc. and its Debtor Affiliates |
| 582 | 8/27/2020 | Objection by The United States to the Joint Chapter 11 Plan of Akorn, Inc. and its Debtor Affiliates |
| 602 | 8/28/2020 | Gabelli Funds, LLC's Limited Response to Confirmation Objections by Provepharm, Inc. and Fresenius Kabi AG |
| 605 | 8/28/2020 | Ad Hoc Group's Statement in Support of Plan |
| 608 | 8/28/2020 | Debtors' Memorandum of Law in Support of an Order Confirming the Joint Chapter 11 Plan of Akorn, Inc. and its Debtor Affiliates |
| 673 | 9/4/2020 | Order Confirming the Modified Joint Chapter 11 Plan of Akorn, Inc. and its Debtor Affiliates |

**DESIGNATION OF ADDITIONAL ITEMS FOR THE RECORD ON APPEAL[2]**

| |
|---|
| Certified Copy of Bankruptcy Docket for In re: AKORN, INC., *et al.*, Lead Case No. 20-11177 (KBO) Jointly Administered |
| September 1, 2020 Transcript of Hearing Before the Honorable Karen B. Owens |
| September 2, 2020 Transcript of Hearing Before the Honorable Karen B. Owens |
| September 3, 2020 Transcript of Hearing Before the Honorable Karen B. Owens |
| September 4, 2020 Transcript of Hearing Before the Honorable Karen B. Owens |

---

[1] The Bankruptcy Court entered an Order on September 14, 2020 granting the motion of 1199SEIU Benefit Funds, DC47 Fund and SBA Fund to file their Objection under seal. Accordingly, the redacted version of the Objection (DI #613) is being designated at this time, pending the District Court's ruling on the Motion to Seal.

[2] Bold text indicates items which are currently being submitted as restricted documents, pending the Court's ruling on the Motion to Seal.

| Exhibits Admitted During 9/1/2020 Sale Hearing<br>(Also Admitted in 9/2/2020 Confirmation Hearing) | | |
|---|---|---|
| Exhibit No. | Document Description | Introduced By |
| D49 | August 12, 2014 Incremental Facility Joinder Agreement | Debtor |
| D50 | September 19, 2014 Supplement to the Loan Agreement | Debtor |
| D55 | 11/15/19 Term Loan Pledge Agreement | Debtor |
| D51 | Standstill Agreement and First Amendment to Loan Agreement | Debtor |
| D52 | First Amendment to Standstill Agreement and Second Amendment to Loan Agreement | Debtor |
| D53 | Second Amendment to Standstill Agreement and Third Amendment to Loan Agreement | Debtor |
| D44 | Asset Purchase Agreement | Debtor |
| D26 | 4.1.4 Estimated Required Overbid and 4.1.5. Required Overbid | Debtor |
| D27 | UCC Statement ISO of Debtors' Plan of Reorganization | Debtor |
| MDL32 | 3-21-19 Lender Perspective Summary PJT | MDL |
| D24 | November 27, 2018 Letter to Company | MDL |
| D25 | December 11, 2018 Follow Up Letter to Company | MDL |
| MDL23 | 5-15-20 Liquidity Bonus Emails | MDL |
| MDL43 | Brett Novak Email to Mathew Rosenthal June 2020 | MDL |
| MDL8 | **Investor Presentation 4.1.2.3** | MDL |
| MDL5 | Debtor Application for CARES Tax rebate 4.24.1 | MDL |
| MDL33 | **5-31-19 Strategic Alternatives Materials PJT** | MDL |
| MDL34 | 12-2-19 Overview of Potential Outcomes PJT | MDL |
| MDL38 | DI #413 June MOR | MDL |
| MDL42 | DI #615 July MOR | MDL |
| MDL15 | **8-6-19 Board Discussion Materials** | MDL |
| MDL1 | Transcript, July 15 2020 341 Meeting | MDL |
| MDL9 | **2020 4+8 Forecast 4.15.3** | MDL |
| MDL11 | Standstill Fee Summary 4.10.2 | MDL |
| Exhibits Admitted During 9/2/2020 Confirmation Hearing | | |
| Exhibit No. | Document Description | Introduced By |
| D5 | March 8, 2016 Verified Amended *Kogut* Complaint | Debtor |
| D6 | September 21, 2018 Verified Second Amended and Restated *Kogut* Complaint | Debtor |
| D7 | Third Amended *Kogut* Petition | Debtor |
| D4 | 12/12/2019 *Kogut* Settlement Stipulation; Ex. A Notice of Proposed Settlement; Ex. B. Proposed Preliminary Approval Order; Ex. C. Proposed Final Order; Ex. D Charter | Debtor |
| D8 | *Kogut* Settlement: Court Approved Order, January 23, 2020 | Debtor |

| | | |
|---|---|---|
| D33 | 01/30/2020 *Pulchinski* Order for Voluntary Dismissal | Debtor |
| D32 | 01/31/2020 *Booth Family Trust* Order for Voluntary Dismissal | Debtor |
| D34 | 03/04/2020 *Trsar* and *Glaubach* Stipulation & Order of Dismissal | Debtor |
| D36 | *In re Akorn, Inc., Data Securities Litigation* Complaint | Debtor |
| D37 | *In re Akorn Inc., Data Securities Litigation* Stipulation and Agreement of Settlement | Debtor |
| D35 | 03/13/2020 Order & Final Judgment Approving Class Action Settlement | Debtor |
| D20 | Akorn D&O - Greenwich Insurance Company and SL Specialty Insurance Company Primary (Extended) Policy 2017-2018 | Debtor |
| D3 | Akorn 10-K-A for fiscal year ending 12/31/2019 | Debtor |
| D9 | Akorn Primary D&O XL $5M Policy 2019-2021 | MDL |
| D10 | Akorn D&O 1st Excess $5M xs $5M Berkshire Policy 2019-2021 | MDL |
| D11 | Akorn D&O 2nd Excess $5M xs $10M Sompo Policy 2019-2021 | MDL |
| D12 | Akorn D&O 3rd Excess $5M xs $15M Euclid Policy 2019-2021 | MDL |
| D13 | Akorn D&O Side A XL Policy 2019-2021 | MDL |
| D14 | Akorn D&O Excess Side A AIG Policy 2019-2020 | MDL |
| D15 | Akorn Crime, Fiduciary Chubb Policy 2019-2020 | MDL |
| D16 | Akorn D&O 1st Excess- Allied World National Assurance (Extended) Policy 2017-2018 | MDL |
| D17 | Akorn D&O - 2nd Excess Endurance American Insurance Company (Extended) Policy 2017-2018 | MDL |
| D18 | Akorn D&O - 3rd Excess Illinois National Insurance Company (Extended) Policy 2018-2019 | MDL |
| D19 | Akorn D&O - CNA 4th Excess (Extended) Policy 2018-2019 | MDL |
| D21 | Akorn D&O - Illinois National Insurance Company Side A Edge (Extended - Endorsement #11), August 28, 2017 | MDL |
| D22 | Akorn D&O - Illinois National Insurance Company Side A Edge (Extended - Endorsement # 15), June 1, 2018 | MDL |
| D23 | Akorn D&O - Illinois National Insurance Company Side A Edge (Extended), 2017-2018 | MDL |
| FRE1 | Laster 10.1.18 Memorandum Opinion | MDL |
| MDL33 | **5-31-19 Strategic Alternatives Materials PJT** | MDL |
| PROVE1 | Akorn 10-K-A for fiscal year ending 12/31/2019 full set | Provepharm |
| MDL17 | **Director Compensation History 4.7.5** | MDL |
| MDL44 | FINAL Redacted Public Derm Complaint | MDL |
| MDL45 | MDL DI 379 Transfer Order Finalized | MDL |
| D42 | Liquidation Analysis | Debtor |

| D28 | Voting Declaration | Debtor |
| D47 | Affidavit of Solicitation | Debtor |
| MDL46 | Statement of Financial Affairs | MDL |

Dated: October 2, 2020
       Wilmington, Delaware

Respectfully submitted,

By: /s/ Leslie B. Spoltore
    Leslie B. Spoltore, Esquire (DE Bar No. 3605)
    OBERMAYER REBMANN MAXWELL & HIPPEL LLP
    123 Justison Street, Suite 100
    Wilmington, Delaware 19801
    Telephone: (302) 238-6947
    Facsimile: (302) 655-1092
    Email: leslie.spoltore@obermayer.com

    -and-

    Edmond M. George, Esquire (*pro hac pending*)
    OBERMAYER REBMANN MAXWELL & HIPPEL LLP
    Centre Square West
    1500 Market Street, Suite 3400
    Philadelphia, PA 19102
    Telephone: (215) 665-3140
    Facsimile: (215) 665-3165
    Email: Edmond.george@obermayer.com
    *Counsel to AFSCME District Council 47 Health and Welfare Fund, 1199SEIU National Benefit Fund, 1199SEIU Greater New York Benefit Fund, 1199SEIU National Benefit Fund for Home Care Workers, 1199SEIU Licensed Practical Nurses Welfare Fund and Sergeants Benevolent Association Health and Welfare Fund*