**EXECUTION COPY**

# SUPPLEMENT TO LOAN AGREEMENT

This SUPPLEMENT TO LOAN AGREEMENT, dated as of September 19, 2014 (this "Supplement"), is entered into by and among AKORN INC., a Louisiana corporation (the "Borrower"), the other Loan Parties party hereto, and JPMORGAN CHASE BANK, N.A. ("JPMCB"), as Administrative Agent (the "Administrative Agent"). Capitalized terms used but not defined herein have the meaning provided in the Loan Agreement referred to below.

WHEREAS, reference is hereby made to (a) the Loan Agreement, dated as of April 17, 2014 (as amended, amended and restated, supplemented or otherwise modified from time to time in accordance with the terms thereof, the "Loan Agreement"), among the Borrower, the other Loan Parties from time to time party thereto, each Lender from time to time party thereto, and the Administrative Agent and (b) the Incremental Facility Joinder Agreement, dated as of August 12, 2014 (the "Incremental Joinder"), among the Borrower, each of the other Loan Parties party thereto, the Administrative Agent, and JPMCB, as the initial Incremental Term Lender;

WHEREAS, as specified in Section 2(a) of the Incremental Joinder, the "Incremental Term Loans" (as defined in the Incremental Joinder) are "Loans" for all purposes under the Loan Documents and, except as set forth in the Incremental Joinder, have terms identical to the Loans outstanding under the Loan Agreement immediately prior to giving effect to the Incremental Joinder (such Loans, the "Existing Term Loans"); and

WHEREAS, the Loan Parties and the Administrative Agent, on behalf of the Lenders, have agreed to enter into this Supplement pursuant to Section 9.02(e) of the Loan Agreement to further clarify the relationship between the Existing Term Loans and the Incremental Term Loans;

NOW, THEREFORE, in consideration of the premises and agreements, provisions and covenants herein contained, the parties hereto agree as follows:

**Section 1.    Relationship of Existing Term Loans and Incremental Term Loans.** Each of the Loan Parties and the Administrative Agent, on behalf of the Lenders, acknowledges and agrees that, for the avoidance of doubt, the Existing Term Loans and the Incremental Term Loans shall constitute a single class of Loans in an aggregate outstanding principal balance equal to $1,045,000,000 on the date hereof.

**Section 2.    Conditions of Effectiveness.** The effectiveness of this Supplement is subject to the conditions precedent that (a) the Administrative Agent shall have received counterparts to this Supplement, duly executed by each of the Borrower, the other Loan Parties, and the Administrative Agent and (b) the Administrative Agent does not receive from the Required Lenders an objection in writing to this Supplement within five (5) Business Days following the date on which notice of this Supplement is made available to the Lenders by posting of such notice on Intralinks® or a substantially similar Electronic System.

**Section 3.    Effect on Loan Agreement.**

(a)    Upon the effectiveness of this Supplement, on and after the date hereof, each reference in the Loan Agreement to "this Agreement," "hereunder," "hereof," "herein" or words of like import shall mean and be a reference to the Loan Agreement, as supplemented hereby.

(b) Except as specifically modified above, the Loan Agreement and all other documents, instruments and agreements executed and/or delivered in connection therewith shall remain in full force and effect, and are hereby ratified and confirmed.

**Section 4.** **GOVERNING LAW.** **THIS SUPPLEMENT SHALL BE GOVERNED BY, AND CONSTRUED AND INTERPRETED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF NEW YORK.**

**Section 5.** **Headings.** Section headings in this Supplement are included herein for convenience of reference only and shall not constitute a part of this Supplement for any other purpose.

**Section 6.** **Counterparts.** This Supplement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Delivery by facsimile or other electronic means of an executed counterpart of a signature page to this Supplement shall be effective as delivery of an original executed counterpart of this Supplement.

[The remainder of this page is intentionally blank.]

IN WITNESS WHEREOF, this Supplement has been duly executed as of the day and year first above written.

AKORN, INC., as Borrower

By: _____/s/ J Bonaccorsi_____
Name: Joseph Bonaccorsi
Title: Sr. Vice President & Secretary

AKORN ANIMAL HEALTH, INC., as Loan Party

By: _____/s/ J Bonaccorsi_____
Name: Joseph Bonaccorsi
Title: Secretary

AKORN (NEW JERSEY), INC., as a Loan Party

By: _____/s/ J Bonaccorsi_____
Name: Joseph Bonaccorsi
Title: Secretary

AKORN SALES, INC., as a Loan Party

By: _____/s/ J Bonaccorsi_____
Name: Joseph Bonaccorsi
Title: Secretary

OAK PHARMACEUTICALS, INC., as a Loan Party

By: _____/s/ J Bonaccorsi_____
Name: Joseph Bonaccorsi
Title: Secretary

INSPIRE PHARMACEUTICALS, INC., as a Loan Party

By: _____/s/ J Bonaccorsi_____
Name: Joseph Bonaccorsi
Title: Secretary

ADVANCED VISION RESEARCH, INC., as a Loan Party

By: _____/s/ J Bonaccorsi_____
Name: Joseph Bonaccorsi
Title: Secretary

HI-TECH PHARMACAL CO., INC., as a Loan Party

By: _____/s/ J Bonaccorsi_____
Name: Joseph Bonaccorsi
Title: Secretary

13 EDISON STREET LLC, as a Loan Party
    By: Hi-Tech Pharmacal Co., Inc., Member

By: _____/s/ J Bonaccorsi_____
Name: Joseph Bonaccorsi
Title: Secretary

10 EDISON STREET LLC, as a Loan Party
    By: Hi-Tech Pharmacal Co., Inc., Member

By: _____/s/ J Bonaccorsi_____
Name: Joseph Bonaccorsi
Title: Secretary

AKORN OPHTHALMICS, INC., as a Loan Party

By: _____/s/ J Bonaccorsi_____
Name: Joseph Bonaccorsi
Title: Secretary

VPI HOLDINGS CORP., as a Loan Party

By: _____/s/ J Bonaccorsi_____
Name: Joseph Bonaccorsi
Title: Secretary

VPI HOLDINGS SUB, LLC, as Borrower

By: _____
Name: Joseph Bonaccorsi
Title: Secretary

VERSAPHARM INCORPORATED, as Loan Party

By: _____
Name: Joseph Bonaccorsi
Title: Secretary

COVENANT PHARMA INC., as a Loan Party

By: _____
Name: Joseph Bonaccorsi
Title: Secretary

OLTA PHARMACEUTICALS CORP., as a Loan Party

By: _____
Name: Joseph Bonaccorsi
Title: Secretary

CLOVER PHARMACEUTICALS CORP., as a Loan Party

By: _____
Name: Joseph Bonaccorsi
Title: Secretary

JPMORGAN CHASE BANK, N.A., as
Administrative Agent

By: _____
Name: Dana J. Moran
Title: Vice President