**To:** Rajan, Kinshuk[rajan@pjtpartners.com]
**Cc:** Monti, Vince[Monti@pjtpartners.com]; Kim, Harold[KimH@pjtpartners.com]
**From:** Baluzy, Jon[jbaluzy@alixpartners.com]
**Sent:** Fri 5/15/2020 2:38:34 PM Central Standard Time
**Subject:** [External] RE: Project Wood DIP Counterproposal

It's a gross to net issue. We've actually been seeing a reversal these past couple weeks and we're going to have a $20M receipt week this week.

Another way to think about it was AR went up $53M in Q1. $21M ($35M booked less $14M collected) of that was DA, so $32M was the remainder. Effectively, sales ex-DA were ahead of collections by $32M by the end of March; this is what we mean by a trough. Ex-DA revenue was basically on Plan for Q1 so using the LRP for a forecasting assumption I think is still valid.

Our actuals were persistently unfavorable to forecast as it's super difficult to predict when that's going to happen. We're better now (not perfect), but only with the benefit of experience. From what we now know, if sales were soft 60-75 days ago, but are strong at present, you're going to have a bad time. This is because past weak gross receipts are being offset by high current discounts on strong sale; leading to low collections.

Happy to hop on the phone and chat through it. We've definitely punished ourselves a bit getting a handle on the dynamics.

**Jon Baluzy**

**Alix**Partners   alixpartners.com [alixpartners.com]   M +1 (347) 291-6927

---

**From:** Rajan, Kinshuk <rajan@pjtpartners.com>
**Sent:** Friday, May 15, 2020 3:08 PM
**To:** Baluzy, Jon <jbaluzy@alixpartners.com>
**Cc:** Monti, Vince <Monti@pjtpartners.com>; Kim, Harold <KimH@pjtpartners.com>
**Subject:** RE: Project Wood DIP Counterproposal

Looping in Harold.

---

**From:** Rajan, Kinshuk
**Sent:** Friday, May 15, 2020 2:51 PM
**To:** 'Baluzy, Jon' <jbaluzy@alixpartners.com>
**Cc:** Monti, Vince <Monti@pjtpartners.com>
**Subject:** RE: Project Wood DIP Counterproposal

We'll see what problems they come up with this time…

One question on the receipts analysis. It looks like there's been a persistent negative variance to receipts vs. forecast (bigger in the first one, but fairly consistent sizing after that). Given the forecasts are based on LRP and we've mostly been close to plan, that seems odd right? Do you have any idea what might be going on there and if it's something we may see reversing if it's a working capital or gross-to-net issue?

---

**From:** Baluzy, Jon <jbaluzy@alixpartners.com>
**Sent:** Friday, May 15, 2020 1:16 PM
**To:** Matt Guill <matt.guill@greenhill.com>; Kim, Harold <KimH@pjtpartners.com>; Neil Augustine <neil.augustine@greenhill.com>
**Cc:** Buschmann, Mark <Buschmann@pjtpartners.com>; Orlofsky, David <dorlofsky@alixpartners.com>; Kocovski, William <WKocovski@alixpartners.com>; Rajan, Kinshuk <rajan@pjtpartners.com>; Monti, Vince <Monti@pjtpartners.com>
**Subject:** [External] RE: Project Wood DIP Counterproposal

Matt – Please find an updated analysis attached. Responding to your questions:

> 1. DA – In the attached for the minimum liquidity analysis, we stripped DA receipts out of our Actuals and Forecasts to show an adjusted cash number for each that we run our comparisons against. The most recent forecasts had all future DA receipts risk adjusted out anyway and we've labelled those as such.
> 2. And 3: KERP & Accelerated 2020 Bonus Payment – I think you're talking about or exec retention payments as well as updated 2020 retention plan. Our 1/17 and 1/31 forecasts did not reflect these updated plans, but all forecasts subsequently did.

Looking both the receipts and min liquidity analysis, our main problem weeks were WE 4/5 and WE 4/12 – the second and third weeks of a three week receipts trough.

Please let me know if you have any questions. Happy to chat through it.

Jon

**Jon Baluzy**

**Alix**Partners   alixpartners.com [alixpartners.com]   M +1 (347) 291-6927

---

**From:** Matt Guill <matt.guill@greenhill.com>
**Sent:** Friday, May 15, 2020 10:19 AM

**To:** Baluzy, Jon <jbaluzy@alixpartners.com>; Kim, Harold <KimH@pjtpartners.com>; Neil Augustine <neil.augustine@greenhill.com>
**Cc:** Buschmann, Mark <Buschmann@pjtpartners.com>; Orlofsky, David <dorlofsky@alixpartners.com>; Kocovski, William <WKocovski@alixpartners.com>; Rajan, Kinshuk <rajan@pjtpartners.com>; Monti, Vince <Monti@pjtpartners.com>
**Subject:** Re: Project Wood DIP Counterproposal

Jon, thanks for sending. Could you please help us better understand how much of the liquidity misses are driven by:

1. DA
2. KERP
3. Accelerated 2020 bonus payments

We want to make sure we understand how those (or other irregular items we may be missing) items are impacting the requested cushion on the liquidity variance.

Thanks,
Matt

---

**From:** Baluzy, Jon <jbaluzy@alixpartners.com>
**Sent:** Thursday, May 14, 2020 10:59 PM
**To:** Kim, Harold <KimH@pjtpartners.com>; Neil Augustine <neil.augustine@greenhill.com>; Matt Guill <matt.guill@greenhill.com>
**Cc:** Buschmann, Mark <Buschmann@pjtpartners.com>; Orlofsky, David <dorlofsky@alixpartners.com>; Kocovski, William <WKocovski@alixpartners.com>; Rajan, Kinshuk <rajan@pjtpartners.com>; Monti, Vince <Monti@pjtpartners.com>
**Subject:** RE: Project Wood DIP Counterproposal

[EXTERNAL]

---

All – Please see attached for an analysis showing our historical actual vs forecast performance on a cumulative basis for each forecast we've issued this year.
• For the receipts analysis, we have several weeks over 25% variance and that even occurs for more than 1 week for some of the forecasts. The receipts toughs (like the ones we experienced in March and April) are due to the timing of gross to net deductions, which in turn are driven by levels of current sales versus past sales, and wholesaler inventory levels and pull-through. This combination of factors makes them difficult to predict. They can also last for 2-3 consecutive weeks (as is what happened in March and April).
• For liquidity we have many weeks that are off by more than 20% and that in relation to cash balances that are much higher than where we stand today.

Our proposal:
• Receipts = 30% permitted variance on a cumulative basis
• Minimum liquidity = permitted variance greater of 30% or $10 million

Don't hesitate to reach out if you have any questions or comments,

Best,

Jon

**Jon Baluzy**

**Alix**Partners   alixpartners.com [alixpartners.com]   M +1 (347) 291-6927

-----Original Appointment-----
**From:** Kim, Harold <KimH@pjtpartners.com>
**Sent:** Thursday, May 14, 2020 6:01 PM
**To:** Kim, Harold; Neil Augustine; Matt Guill; Baluzy, Jon
**Cc:** Buschmann, Mark; Orlofsky, David; Kocovski, William; Rajan, Kinshuk; Monti, Vince
**Subject:** Project Wood DIP Counterproposal
**When:** Thursday, May 14, 2020 9:00 PM-9:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** 844-728-7581,,2916877#

---

**From:** Neil Augustine <neil.augustine@greenhill.com>
**Sent:** Thursday, May 14, 2020 4:10 PM
**To:** Kim, Harold <KimH@pjtpartners.com>; Matt Guill <matt.guill@greenhill.com>
**Cc:** Buschmann, Mark <Buschmann@pjtpartners.com>; Orlofsky, David <dorlofsky@alixpartners.com>; Kocovski, William <WKocovski@alixpartners.com>; Rajan, Kinshuk <rajan@pjtpartners.com>; Monti, Vince <Monti@pjtpartners.com>
**Subject:** [External] Re: Project Wood DIP Counterproposal

I'm tied up until 9.

Not sure why the escrow concept is a non-starter.

We've used it multiple times.

Neil

Get Outlook for iOS [aka.ms]

---

**From:** Kim, Harold <KimH@pjtpartners.com>
**Sent:** Thursday, May 14, 2020 3:51:24 PM
**To:** Neil Augustine <neil.augustine@greenhill.com>; Matt Guill <matt.guill@greenhill.com>
**Cc:** Buschmann, Mark <Buschmann@pjtpartners.com>; Orlofsky, David <dorlofsky@alixpartners.com>; Kocovski, William <WKocovski@alixpartners.com>; Rajan, Kinshuk <rajan@pjtpartners.com>; Monti, Vince <Monti@pjtpartners.com>
**Subject:** FW: Project Wood DIP Counterproposal

[EXTERNAL]

---

Hi Neil – are you available for a quick call this afternoon? There are some open issues here that we should discuss before you solicit final sign-off from your guys on a DIP commitment (the escrow provision for example is a non-starter).

Thanks,
Harold

---

**From:** Andrew Dazzo <andrew.dazzo@greenhill.com>
**Sent:** Wednesday, May 13, 2020 6:21 PM
**To:** Monti, Vince <Monti@pjtpartners.com>; Project Sid <ProjectSid@greenhill.com>; Greenberg, Scott J. <SGreenberg@gibsondunn.com>; Domanowski, Steven A. <SDomanowski@gibsondunn.com>; 'Cohen, Michael J.' <MCohen@gibsondunn.com>; JEvans@gibsondunn.com
**Cc:** PJT_Project - Wood - Working Group <ProjectWoodWorkingGroup@pjtpartners.com>; 'Nash, Patrick J.' <patrick.nash@kirkland.com>; nicole.greenblatt@kirkland.com; Hayes, Christopher <christopher.hayes@kirkland.com>; Pesce, Gregory F. <gregory.pesce@kirkland.com>; Dobleman, Thomas James <thomas.dobleman@kirkland.com>; 'Cruickshank, Tim' <tim.cruickshank@kirkland.com>; Latona, Dan <dan.latona@kirkland.com>; Toth, Steve <steve.toth@kirkland.com>; 'Orlofsky, David' <dorlofsky@alixpartners.com>; Kocovski, William <WKocovski@alixpartners.com>; Baluzy, Jon <jbaluzy@alixpartners.com>; McGrath, Neethling <mmcgrath@alixpartners.com>
**Subject:** [External] RE: Project Wood DIP Counterproposal

All – Please see attached for the AHG's counter.

Best,
Andrew

**Andrew J. Dazzo**
Greenhill & Co., LLC
Tel: +1 (212) 389 1762 | Mob: +1 (631) 902 6237

---

**From:** Monti, Vince <Monti@pjtpartners.com>
**Sent:** Monday, May 11, 2020 2:49 PM
**To:** Project Sid <ProjectSid@greenhill.com>; Greenberg, Scott J. <SGreenberg@gibsondunn.com>; Domanowski, Steven A. <SDomanowski@gibsondunn.com>; 'Cohen, Michael J.' <MCohen@gibsondunn.com>; JEvans@gibsondunn.com
**Cc:** PJT Project Wood Working Group <ProjectWoodWorkingGroup@pjtpartners.com>; 'Nash, Patrick J.' <patrick.nash@kirkland.com>; nicole.greenblatt@kirkland.com; Hayes, Christopher <christopher.hayes@kirkland.com>; Pesce, Gregory F. <gregory.pesce@kirkland.com>; Dobleman, Thomas James <thomas.dobleman@kirkland.com>; 'Cruickshank, Tim' <tim.cruickshank@kirkland.com>; Latona, Dan <dan.latona@kirkland.com>; Toth, Steve <steve.toth@kirkland.com>; 'Orlofsky, David' <dorlofsky@alixpartners.com>; Kocovski, William <WKocovski@alixpartners.com>; Baluzy, Jon <jbaluzy@alixpartners.com>; McGrath, Neethling <mmcgrath@alixpartners.com>
**Subject:** Project Wood DIP Counterproposal

[EXTERNAL]

---

Greenhill and Gibson Dunn Teams,

Please see attached for the Company's DIP counterproposal.

Best,
Vince

**Vince Monti**
PJT Partners
280 Park Avenue | New York, NY 10017
t. +1.212.364.5054

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure. If you are not an intended recipient of an electronic communication, please notify the sender immediately, delete the message and do not act upon, print, disclose, copy, retain or redistribute any portion or contents to any other person. Please refer to www.pjtpartners.com/email-disclaimer for important disclosures regarding this electronic communication, including information if you are not the intended recipient.

DISCLAIMER
The information contained in this communication from the sender is confidential and may be legally privileged. It is intended solely for use by the intended recipient and others authorized to receive it. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful.

If you have received this communication in error, please notify us immediately by replying to this message and deleting it from your computer.
Link to Privacy Policy [greenhill.com]
Greenhill & Co., LLC


**Harold Kim**
Managing Director
PJT Partners
280 Park Avenue | New York, NY 10017
t. +1.212.364.3530 | m. +1.646.706.3122

Confidential: This electronic message and all contents contain information from the firm of AlixPartners, LLP and its affiliates which may be confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately at +1 (248) 358-4420 and destroy the original message and all copies.