---------- Forwarded message ---------
From: **Brett Novak** <brett.novak@akorn.com>
Date: Wed, Jun 17, 2020 at 1:44 PM
Subject: RE: Asset Divestiture
To: Malcolm Rosenthal <malcolmgrosenthal@gmail.com>

Malcolm

Great to hear from you and glad to know you are staying healthy with COVID and general health.  I'm 53 so not too far behind you.  Did a ½ Ironman last year with my two oldest boys (23/21yrs) and only lost to one of them by 90 secs.  This year I think everything will be cancelled, so just keeping trained.

Through our Chapter 11 process we have an identified buyer and should close by end of Q3.  I don't know of any assets that are being considered for sale, but rather looking to add to the portfolio.  If anything changes, I will let you guys know.

**Brett J. Novak**  |  Senior Vice President Commercial Operations  |  **Akorn Pharmaceuticals**

P 847.739.5732  |  M 224.515.6881  |  brett.novak@akorn.com

100 North Field Drive, Suite 200  |  Lake Forest, IL 60045  |  akorn.com


**A D V A N C I N G   T H E   N E W   V I S I O N**



**From:** Malcolm Rosenthal [mailto:malcolmgrosenthal@gmail.com]
**Sent:** Wednesday, June 17, 2020 12:34 PM
**To:** Brett Novak <brett.novak@akorn.com>
**Subject:** Fwd: Asset Divestiture

Hi Brett,

Hope you're well and wishing you luck on the financial hurdle.

Are you still doing Iron Man - I remember that from a while back. I'm going to 61 in a few months - I walk and jog about 7 miles a day but not much else. Covid has freed up a bunch of my commuting time.

I have a BD representation that is actively evaluating assets in the case Akorn would have interest. I sent an email today along to Sanjay as well.

Stay safe

Many Thanks & Best Regards,

Malcolm

Malcolm Rosenthal B.Sc., MBA

BD Consultant

Cellular: +1-848-333-8249

Email - malcolmgrosenthal@gmail.com