PJT Partners



# Project Wood

**OVERVIEW OF POTENTIAL OUTCOMES**

December 2, 2019

Confidential

# Decision Tree Overview

**Critical Path to Successful Refinancing of Term Loans:**

**1** Extend Standstill Agreement by 12/13/19

**2** Shareholder litigation opt-out plaintiffs opt in to settlement by 1/31/20

**3** Company secures definitive junior capital commitment by 1/31/20

**4** Company successfully refinances or enters into amend-and-extend with remaining 1L by 5/31/20

> If any of these critical path activities are missed, Company would need to pivot to sale process

> Timeframe beyond 12/13/19 is based on the Company's Standstill extension counterproposal, which has not yet been proposed to, or accepted by, the Ad Hoc Group



Confidential

# Illustrative Decision Tree Analysis

> Analysis assumes stock price remains at a level sufficient to support a junior capital investment

Chapter 11 Filing

**Today**

**1 – Standstill Extension 12/13/19**

**Extend Standstill on Reasonable Terms**[1]
% Probability: [50]%

**Do Not Reach Agreement on Standstill Extension**
% Probability: [50]%

**2 – Shareholder Litigation 1/31/20**

**Shareholder Litigants Opt In**
% Probability: [15-30]%

**Shareholder Litigants Do Not Opt In**
% Probability: [85-70]%

→ **Company Launches M&A / Stalking Horse Process Out-of-Court; Files for Chapter 11 with Stalking Horse by [4/15/20]**

**3 – Junior Capital 1/31/20**

**Company Receives Executable Junior Capital Commitment**
% Probability: [50-75]%

**Company Does Not Receive Executable Junior Capital Commitment**
% Probability: [50-25]%

**4 – 1L Refinancing / Amend-and-Extend ("A&E") 5/31/20**[2]

**Company Successfully Refinances Remaining 1L or Enters into A&E**
% Probability: [75-90]%

**Company Unsuccessful in Refinancing Remaining 1L or Entering into A&E**
% Probability: [25-10]%

→ **Company Launches M&A / Stalking Horse Process Out-of-Court; Files for Chapter 11 with Stalking Horse by [8/14/20]**

**Lender Loan Acceleration 12/15/19**

**Lenders Do Not Accelerate Loan**[3]
% Probability: [90-75]%

→ **Company Launches M&A / Stalking Horse Process Out-of-Court; Files for Chapter 11 with Stalking Horse by [2/28/20]**[3]

**Lenders Accelerate Loan**
% Probability: [10-25]%

→ **Company Files for Chapter 11 Week of 12/15/19; Pivots to In-Court M&A / Stalking Horse Process**

**Cumulative % Probability**

| Probability | Outcome |
|---|---|
| [3-10]% | Successful refinancing/A&E |
| [90-97]% | Ch. 11 and M&A Process |

***Memo: Estimated Various Ch. 11 Probabilities***

| Probability | Outcome |
|---|---|
| [0-3]% | Ch. 11 with Stalking Horse by 8/14/20 |
| [39-46]% | Ch. 11 with Stalking Horse by 4/15/20 |
| [38-45]% | Ch. 11 with Stalking Horse by 2/28/20 |
| [5-13]% | Ch. 11 week of 12/15/20; Stalking Horse done in-court |

Note: Assumes 75-day timeline for in-court M&A / stalking horse process. However, circumstances may require significant compression to timeline.
(1) Assumes Standstill extension on terms in Company proposal as of 12/1/2019.
(2) Includes completing documentation for 1L refinancing by 2/28/20 and completion of shareholder vote by 5/31/20.
(3) Assumes lenders elect not to accelerate loan and give Company time to run stalking horse process out-of-court.

Confidential

# Disclaimer

This document contains highly confidential information and is solely for informational purposes. You should not rely upon or use it to form the definitive basis for any decision or action whatsoever, with respect to any proposed transaction or otherwise. You and your affiliates and agents must hold this document and any oral information provided in connection with this document, as well as any information derived by you from the information contained herein, in strict confidence and may not communicate, reproduce or disclose it to any other person, or refer to it publicly, in whole or in part at any time except with our prior written consent. If you are not the intended recipient of this document, please delete and destroy all copies immediately.

This document is "as is" and is based, in part, on information obtained from other sources. Our use of such information does not imply that we have independently verified or necessarily agree with any of such information, and we have assumed and relied upon the accuracy and completeness of such information for purposes of this document. Neither we nor any of our affiliates or agents, make any representation or warranty, express or implied, in relation to the accuracy or completeness of the information contained in this document or any oral information provided in connection herewith, or any data it generates and expressly disclaim any and all liability (whether direct or indirect, in contract, tort or otherwise) in relation to any of such information or any errors or omissions therein. Any views or terms contained herein are preliminary, and are based on financial, economic, market and other conditions prevailing as of the date of this document and are subject to change. We undertake no obligations or responsibility to update any of the information contained in this document. Past performance does not guarantee or predict future performance.

This document does not constitute an offer to sell or the solicitation of an offer to buy any security, nor does it constitute an offer or commitment to lend, syndicate or arrange a financing, underwrite or purchase or act as an agent or advisor or in any other capacity with respect to any transaction, or commit capital, or to participate in any trading strategies, and does not constitute legal, regulatory, accounting or tax advice to the recipient. This document does not constitute and should not be considered as any form of financial opinion or recommendation by us or any of our affiliates. This document is not a research report nor should it be construed as such.

This document may include information from the S&P Capital IQ Platform Service. Such information is subject to the following: "Copyright © 2019, S&P Capital IQ (and its affiliates, as applicable). This may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Third party content providers do not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. THIRD PARTY CONTENT PROVIDERS GIVE NO EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE. THIRD PARTY CONTENT PROVIDERS SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, EXEMPLARY, COMPENSATORY, PUNITIVE, SPECIAL OR CONSEQUENTIAL DAMAGES, COSTS, EXPENSES, LEGAL FEES, OR LOSSES (INCLUDING LOST INCOME OR PROFITS AND OPPORTUNITY COSTS OR LOSSES CAUSED BY NEGLIGENCE) IN CONNECTION WITH ANY USE OF THEIR CONTENT, INCLUDING RATINGS. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice."

This document may include information from SNL Financial LC. Such information is subject to the following: "CONTAINS COPYRIGHTED AND TRADE SECRET MATERIAL DISTRIBUTED UNDER LICENSE FROM SNL. FOR RECIPIENT'S INTERNAL USE ONLY."

Copyright © 2019, PJT Partners LP (and its affiliates, as applicable).