# Standstill Fee Summary

### Standstill Agreement - May 6, 2019

| Description | PIK/Cash | Amount % | $ (mm) | Paid To | Comments |
|---|---|---|---|---|---|
| Standstill Fee | PIK | 1.75% | $11 | Consenting Lenders | 75% consent up front |
| Nov. PIK Fee | PIK | 0.625% | 5 | All lenders | Fee for not reaching a Comprehensive Amendment by 11/15/19 |
| Rate Increase | Cash | 0.75% | | All lenders | Rate bumped from L+5.5% cash to L+6.25% cash, .75% PIK |
| Rate Increase | PIK | 0.75% | | All lenders | Rate bumped from L+5.5% cash to L+6.25% cash, .75% PIK |
| Call Protection | Cash | 0.625% | | All lenders | Applicable for prepayments/repayments, excluding mandatory prepayments under 2.11(c) or 2.11(d) |

### First Amendment to Standstill Agreement - December 15, 2019

| Description | PIK/Cash | Amount % | $ (mm) | Paid To | Comments |
|---|---|---|---|---|---|
| Amendment Fee | Cash | 1.50% | $12 | Consenting Lenders | 95% consent up front |
| Rate Increase | Cash | 3.00% | | All lenders | Rate bumped from L+6.25% cash, .75% PIK to L+9.25% cash, .75% PIK |
| Call Protection | Cash | 0.875% | | All lenders | Call protection increased from 0.625% to 1.50% |

### Second Amendment to Standstill Agreement - February 12, 2020

| Description | PIK/Cash | Amount % | Paid To | Comments |
|---|---|---|---|---|
| Exit Fee | Cash[(1)] | 0.50% | All lenders | Sale approved by court and closes by 7/15 |
| | | 0.75% | All lenders | Sale approved by court by 7/15 and closes after 7/15 |
| | | 1.00% | All lenders | Sale approved by court after 7/15 and closes by 8/15 |
| | | 2.00% | All lenders | Sale approved by court after 7/15 and closes after 8/15 |
| Call Protection | Cash | – | All lenders | 1.5% call protecion until 6/1/20 |
| | | (0.50%) | All lenders | 1.0% call protection until 6/30/20 |
| | | (1.00%) | All lenders | 0.5% call protection thereafter |
| Rate Increase | Cash | 2.5% | All lenders | Upon Toggle Event (if bids don't clear debt) |

(1) Only payable in cash in the event of a third party bidder.

PJT Partners

HIGHLY CONFIDENTIAL
Turner Falk
obermayer.com
Aug 05, 2020 14:28