

| | |
|---|---|
| Case Number: | 2019CH-11186 |
| Case Name: | PULCHINSKI DENNIS v ABRAMOWITZ KENNETH |
| Jurisdiction: | Chancery Division [Chicago, IL 60602] |
| Complaint: | GENERAL CHANCERY FILED (JURY DEMAND) |
| Filed: | 09/26/19 |
| | |
| Activity Date: | 01/31/20 |
| Activity: | VOLUNTARY DISMISSAL, NON-SUIT OR DISMISSED BY AGREEMENT |
| Participant: | |

.259371.

Attorney Code: 12453

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

DENNIS PULCHINSKI, derivatively on behalf of AKORN, INC.,

    Plaintiff,

v.

KENNETH S. ABRAMOWITZ et al.,

    Defendants,

– and –

AKORN, INC.,

    Defendant and Nominal Defendant.

No.: 2019CH11186

Judge: Honorable Raymond W. Mitchell

### ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE

This cause having come before the Court on Plaintiff's Routine Voluntary Motion to Dismiss, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each side to bear its own costs. The case management date of February 24, 2020 at 10:00 a.m is stricken.

Entered: _____

                Honorable Raymond W. Mitchell

                #1992

Attn. No.: 12453
John D. Scheflow
CAFFERTY CLOBES MERIWETHER
    & SPRENGEL
150 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
*Local Counsel for Plaintiffs*

Judge Raymond W. Mitchell

JAN 3 1 2020

Circuit Court – 1992