

# Law Bulletin
## Information Network

| | |
|---|---|
| Case Number: | 2019CH-12793 |
| Case Name: | THE BOOTH FAMILY TRUST, D v KAPOOR JOHN |
| Jurisdiction: | Chancery Division [Chicago, IL 60602] |
| Complaint: | GENERAL CHANCERY FILED (JURY DEMAND) |
| Filed: | 11/01/19 |
| | |
| Activity Date: | 01/30/20 |
| Activity: | VOLUNTARY DISMISSAL, NON-SUIT OR DISMISSED BY AGREEMENT |
| Participant: | |

.259454.

Attorney Code: 12453

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| THE BOOTH FAMILY TRUST, Derivatively on Behalf of AKORN, INC., | : |
| Plaintiff, | : |
| v. | : Case No. 2019CH12793 |
| JOHN N. KAPOOR et al., | : Judge: Honorable Sanjay T. Tailor |
| Defendants, | : |
| -and- | : |
| AKORN, INC., | : |
| Nominal Defendant. | : |

### ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE

This cause having come before the Court on Plaintiff's Routine Voluntary Motion to Dismiss, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each side to bear its own costs.

Entered: _____

_____
Honorable Sanjay Tailor

ENTERED
Judge Sanjay Tailor-1870
JAN 30 2020
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Attn. No.: 12453
John D. Scheflow
CAFFERTY CLOBES MERIWETHER
   & SPRENGEL
150 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
*Local Counsel for Plaintiffs*