**POLICYHOLDER NOTICE**

Thank you for purchasing insurance from a member company of American International Group, Inc. (AIG).  The AIG member companies generally pay compensation to brokers and independent agents, and may have paid compensation in connection with your policy.  You can review and obtain information about the nature and range of compensation paid by AIG member companies to brokers and independent agents in the United States by visiting our website at  www.aig.com/producer-compensation   or by calling 1-800-706-3102.

91222 (9/16)



## Illinois National Insurance Company
A capital stock company

Policy Number: 01-803-28-61  Replacement of: N/A

# EXCESS EDGE®

**NOTICES:** *Depending on the terms, conditions and limitations of the **Followed Policy**, this policy may (1) only provide coverage for loss from claims first made or first made and reported during its **Policy Period**; (2) have its limit of liability reduced by the payment of defense costs and/or claim expenses, and (3) not impose a duty to defend on the **Insurer**. Please read the **Followed Policy** and this policy carefully and discuss the coverage provided thereunder and hereunder with your insurance agent or broker.*

### DECLARATIONS

| | | | |
|---|---|---|---|
| **Policyholder:** | AKORN, INC. | **Limit of Liability:** | $ 5,000,000 |
| **Policyholder Address:** | 1925 W FIELD CT STE 300<br>LAKE FOREST, IL 60045-4862 | **Total Underlying Limits:** | $ 25,000,000 |
| **Policyholder Domicile:** | Illinois | **Policy Period:** From: | September 1, 2019 |
| **Insurer Address:** | 175 Water Street<br>New York, NY 10038 | To:<br>**Premium:** | September 1, 2020<br>$ 200,000 |
| **Claims Address:** e-mail:<br>Mail: | c-claim@AIG.com<br>AIG, Financial Lines Claims<br>P.O. Box 25947<br>Shawnee Mission, KS 66225 | **TRIA Premium** | $ 0 |

### SCHEDULE OF UNDERLYING COVERAGE

| | **Underlying Insurer** | **Underlying Policy** | **Underlying Limit** | **Underlying Policy Period** |
|---|---|---|---|---|
| PLEASE SEE ATTACHED SCHEDULE OF UNDERLYING COVERAGE AND FOLLOWED POLICY ADDENDUM | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The **Policy Period** incepts and expires as of 12:01 A.M. at the **Policyholder Address**. Terms with **"Bold"** typeface are used in this policy with the meanings and values ascribed to them above; however, subject to the Changes clause, the **"Followed Policy"** means the policy in the Schedule with an **"*"** at the beginning of its row, but only with respect to the following **Followed Coverage Section(s)**: PLEASE SEE ATTACHED SCHEDULE OF UNDERLYING COVERAGE AND FOLLOWED POLICY ADDENDUM.**'TRIA Premium'** means the premium for Certified Acts of Terrorism Coverage under Terrorism Risk Insurance Act, as amended. Amount indicated above is included in **Premium**. A copy of the TRIA disclosure sent with the original quote is attached hereto.

*1729116*

103224 (02/10)  -1-  © All rights reserved.

In consideration of the payment of the premium, Illinois National Insurance Company (the **"Insurer"**) and insureds agree as follows:

**INSURING AGREEMENT** This policy shall provide coverage in accordance with the same terms, conditions and limitations of the **Followed Policy**, as modified by and subject to the terms, conditions and limitations of this policy.

The **Insurer's** coverage obligations under this policy attach to the **Insurer** only after the **Total Underlying Limits** have been exhausted through payments by, on behalf of or in the place of the **Underlying Insurers** of amounts covered under the **Underlying Policies**. This policy shall continue in force as primary insurance only upon the exhaustion of the **Total Underlying Limits** by reason of such payments and satisfaction of any applicable retention. This policy shall recognize erosion of an **Underlying Limit** of an **Underlying Policy** through payments by others of covered amounts under that **Underlying Policy**. The risk of uncollectability of any part of the **Total Underlying Limits**, for any reason, is expressly retained by the **Policyholder** and any insureds, and is not insured under this policy or assumed by the **Insurer**.

**LIMIT OF LIABILITY** The **Limit of Liability** is the aggregate limit of the **Insurer's** liability for all coverage under this policy.

**NOTICES** Where the **Followed Policy** requires or permits notice to its insurer, the **Policyholder** or the insureds have the same obligations and rights to notify the **Insurer** under this policy, except that with respect to this policy, any notice to the **Insurer** must be directed as follows: (i) for claims-related matters, by mail or e-mail to the **Claims Address**; and (ii) for all other notices, by mail to the **Insurer Address**.

**RIGHTS** The **Insurer** shall have the same rights, privileges and protections afforded to the **Underlying Insurer** of the **Followed Policy** in accordance with the terms, conditions and limitations of the **Followed Policy**. The **Insurer** shall also have the right, in its sole discretion, but not the obligation, to effectively associate with the insureds in the defense and settlement of any claim that appears to be reasonably likely to involve the **Insurer**. The **Policyholder**, its subsidiaries and any insureds shall provide the **Insurer** with such information, assistance and cooperation as the **Insurer** may reasonably request and shall not do anything that prejudices the **Insurer's** position or potential rights of recovery.

**RELIANCE** The **Insurer** has issued this policy in reliance upon the completeness and accuracy of the applications, warranties, statements, the binders for the **Underlying Policies**, any attachments thereto and any other materials submitted for this policy, which shall be deemed attached hereto and made a part hereof.

**CHANGES** If, subsequent to the issuance of the **Followed Policy**, the terms, conditions or limitations of an **Underlying Policy** are modified, the insureds must notify the **Insurer** in writing, as soon as practicable, of such modification. If any changes to the **Followed Policy**: (i) expand coverage, (ii) change the policyholder name or address, or (iii) modify premium, this policy shall not follow those changes unless the **Insurer** reflects its agreement to do so in a written endorsement to this policy.

IN WITNESS WHEREOF, the Insurer has caused this Policy to be signed by its President, Secretary and Authorized Representative. This Policy shall not be valid unless signed below at the time of issuance by an authorized representative of the insurer.

| PRESIDENT | AUTHORIZED REPRESENTATIVE | SECRETARY |
|---|---|---|

| COUNTERSIGNATURE (WHERE REQUIRED BY LAW) | DATE | COUNTERSIGNATURE LOCATION |
|---|---|---|

ARTHUR J GALLAGHER RISK MNGT SERV INC
2850 W GOLF RD
ROLLING MEADOWS, IL 60008

*1729116*
103224 (02/10)

© All rights reserved.

**POLICYHOLDER DISCLOSURE**
**NOTICE OF TERRORISM INSURANCE COVERAGE**
(RIGHT TO PURCHASE COVERAGE)

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, that you have a right to purchase insurance coverage for losses resulting from acts of terrorism. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury-in consultation with the Secretary of Homeland Security, and the Attorney General of the United States-to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES 85% THROUGH 2015; 84% BEGINNING ON JANUARY 1, 2016; 83% BEGINNING ON JANUARY 1, 2017; 82% BEGINNING JANUARY 1, 2018; 81% BEGINNING JANUARY 1, 2019 and 80% BEGINNING ON JANUARY 1, 2020, OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS THAT MAY BE COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

**COPY OF DISCLOSURE SENT WITH ORIGINAL QUOTE**

Insured Name: *AKORN, INC.*

Policy Number: *01-803-28-61*
Policy Period Effective Date From: *September 1, 2019*   To: *September 1, 2020*

© 2015 National Association of Insurance Commissioner

96555 (1/15)

**SCHEDULE OF UNDERLYING COVERAGE AND FOLLOWED POLICY ADDENDUM**

In consideration of the premium charged, it is hereby understood and agreed that the Declarations are amended as follows:

1. To delete the stated **SCHEDULE OF UNDERLYING COVERAGE** in its entirety and replace it with the following:

**SCHEDULE OF UNDERLYING COVERAGE**

|   | Underlying Insurer | Underlying Policy | Underlying Limit | Underlying Policy Period |
|---|---|---|---|---|
|   | XL Specialty IGR | US00075683DO19A | $5,000,000 Primary | 09/01/2019 to 09/01/2021 |
|   | Berkshire Hathaway Specialty Insurance Company | 47-EPC-308703-01 | $5,000,000 xs $5,000,000 | 09/01/2019 to 09/01/2021 |
|   | Endurance American Insurance Company | DOX10007587103 | $5,000,000 xs $10,000,000 | 09/01/2019 to 09/01/2021 |
|   | Wesco Insurance Company | EUW1806280 00 | $5,000,000 xs $15,000,000 | 09/01/2019 to 09/01/2020 |
| * | XL Specialty Insurance Company | ELU163568-19 | $5,000,000 xs $20,000,000 | 09/01/2019 to 09/01/2021 |

103496 (11/09)                      © All rights reserved.

2. To delete the Definition of **"Followed Policy"** and replace it with the following:

**"Followed Policy"** means the policy in the Schedule with an "*" at the beginning of its row, but only with respect to the following **Followed Coverage Section(s)**: CS 71 00 09 06

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*1729116*

<u>**ENDORSEMENT#**</u> *1*

This endorsement, effective *12:01AM   October 28, 2019*   forms part of
policy no.: *01-803-28-61*
issued to *AKORN, INC.*

by: *Illinois National Insurance Company*

## ILLINOIS AMENDATORY ENDORSEMENT

Wherever used in this endorsement: 1) "we", "us", "our", and "Insurer" mean the insurance company which issued this policy; and 2) "you", "your", "Named Insured", and "Insured" mean the Named Corporation, Named Organization, Named Sponsor, Named Insured, or Insured stated in the declarations page; and 3) "Other Insured(s)" means all other persons or entities afforded coverage under the policy.

## CANCELLATION AND NONRENEWAL

A. The cancellation provision of this policy is replaced by the following:

   CANCELLATION

   1. The Named Insured may cancel this policy by mailing to the Insurer advance written notice of cancellation.

   2. If this policy has been in effect for sixty (60) days or less, the Insurer may cancel this policy by mailing to the Named Insured written notice of cancellation at least:

      a. Ten (10) days before the effective date of cancellation if the Insurer cancels for nonpayment of premium; or

      b. Thirty (30) days before the effective date of cancellation if the Insurer cancels for any other reason.

      A copy of the notice will also be sent to the mortgagee or lien holder at the last mailing address known to the Insurer.

   3. If this policy has been in effect for more than sixty (60) days the Insurer may cancel this policy only for one or more of the following reasons:

      a. Nonpayment of premium;

      b. The policy was obtained through a material misrepresentation;

      c. The Named Insured or Other Insured(s) have violated any of the terms and conditions of the policy;

      d. The risk originally accepted has measurably increased;

      e. Certification to the Director of Insurance of the loss of reinsurance by the Insurer which provided coverage to the Insurer for all or a substantial part of the underlying risk insured; or

      f. A determination by the Director that the continuation of the policy could place the Insurer in violation of the insurance laws of this State.

© All rights reserved.

*END 001*

**ENDORSEMENT#** *1*    (continued)

If the Insurer cancels this policy based on one or more of the above reasons except for nonpayment of premium, the Insurer will mail written notice to the Named Insured at least sixty (60) days before the effective date of cancellation. When cancellation is for nonpayment of premium, the Insurer will mail notice at least ten (10) days before the effective date of cancellation.

4. The Insurer will mail the notice to the Named Insured and the agent or broker at the last addresses known to the Insurer.

5. Notice of cancellation will state the effective date of cancellation and a specific explanation of the reason or reasons for cancellation. The policy period will end on that date.

6. If this policy is cancelled, the Insurer will send the Named Insured any premium refund due. If the Insurer cancels, the refund will be pro rata. If the Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if the Insurer has not made or offered a refund.

7. Proof of mailing on a recognized U.S. Post Office form or a form acceptable to the U.S. Post Office or other commercial mail delivery service will be maintained by the Insurer and will be sufficient proof of notice.

B. The nonrenewal provision of this policy is replaced by the following:

**NONRENEWAL**

1. If the Insurer decides not to renew this policy, the Insurer will mail written notice stating the reason for nonrenewal to the Named Insured's last mailing address known to the Insurer at least sixty (60) days before the expiration date of the policy. A copy of the notice will also be sent to:

   a. The broker, if known to the Insurer, or the agent of record; and

   b. The last known mortgagee or lienholder named in the policy at the last mailing address known to the Insurer.

   Proof of mailing on a recognized U.S. Post Office form or a form acceptable to the U.S. Post Office or other commercial mail delivery service will be maintained by the Insurer and will be sufficient proof of notice.
   This paragraph does not apply if the Insurer has manifested a willingness to renew directly to the Named Insured.

All other terms, conditions and exclusions shall remain unchanged.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.

*END 001*

<u>ENDORSEMENT#</u> *2*

This endorsement, effective at *12:01AM    October 28, 2019*    forms a part of
Policy number *01-803-28-61*
Issued to: *AKORN, INC.*

By: *Illinois National Insurance Company*

Product Name: *Excess Edge*

## ECONOMIC SANCTIONS ENDORSEMENT

*This endorsement modifies insurance provided under the following:*

Coverage shall only be provided and payment of loss under this policy shall only be made in full compliance with enforceable United Nations economic and trade sanctions and the trade and economic sanction laws or regulations of the European Union and the United States of America, including, but not limited to, sanctions, laws and regulations administered and enforced by the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC").

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.

*END 002*

119679 (9/15)                                            Page 1 of 1

<u>**ENDORSEMENT#**</u>  *3*

This endorsement, effective at  *12:01AM     October 28, 2019*     forms a part of
Policy number  *01-803-28-61*
Issued to:  *AKORN, INC.*

By:  *Illinois National Insurance Company*
Product Name:    *Excess Edge*

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### AMENDATORY ENDORSEMENT

### ILLINOIS

This endorsement modifies insurance provided under the following:

**EXCESS EDGE**<sup>SM</sup>

The policy is amended as follows:

1.   The *RELIANCE* Clause is deleted in its entirety and replaced with the following:

   The **Insurer** has issued this policy in reliance upon the completeness and accuracy of the statements and representations in the application for this policy.

2.   The *RIGHTS* Clause is amended to include the following at the end thereof:

   Bankruptcy or insolvency of any insured not release the **Insurer** from its duties to pay under the policy.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

© American International Group, Inc.  All rights reserved.

END 003

106173 (12/15)                                                                   Page 1   of 1

<u>ENDORSEMENT#</u> *4*

This endorsement, effective at *12:01AM   October 28, 2019*   forms a part of
Policy number *01-803-28-61*
Issued to: *AKORN, INC.*

By: *Illinois National Insurance Company*

Product Name:   *Excess Edge*

## FEDERAL SHARE OF COMPENSATION UNDER TRIA AND CAP ON LOSSES ENDORSEMENT

This endorsement modifies insurance provided by this Policy:

**DISCLOSURE**

You should know that where coverage is provided by this Policy for losses resulting from "Certified Acts of Terrorism" (as defined by Section 102 (1) of United States Terrorism Risk Insurance Act), such losses may be partially reimbursed by the United States Government under a formula established by federal law. However, your Policy may contain other exclusions which might affect your coverage such as, an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning January 1, 2018; 81% beginning January 1, 2019 and 80% beginning on January 1, 2020, of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.

You should also know that the Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits United States Government reimbursement as well as insurers' liability for losses resulting from "Certified Acts of Terrorism" when the amount of such losses in any one calendar year exceeds $100 billion. If the aggregate insured losses for all insurers exceed $100 billion in a calendar year and if we have met our insurer deductible, we are not liable for the payment of any portion of the amount of such losses that exceeds $100 billion; and for aggregate insured losses up to $100 billion, we will only pay a pro rata share of such insured losses as determined by the Secretary of the Treasury.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

---
AUTHORIZED REPRESENTATIVE

© All rights reserved.

*END 004*

<u>ENDORSEMENT#</u> 5

This endorsement, effective at *12:01AM    October 28, 2019*   forms a part of
Policy number *01-803-28-61*
Issued to: *AKORN, INC.*

By: *Illinois National Insurance Company*
Product Name: *Excess Edge*

### PENDING AND PRIOR LITIGATION EXCLUSION AMENDED (EXCESS LIMITS)

In consideration of the premium charged, it is understood and agreed that with respect to the *$5,000,000* **Limit of Liability** of this policy excess of the *$25,000,000* **Total Underlying Limits**, the **Insurer** shall not be liable for any loss in connection with any claim made against any insured alleging, arising out of, based upon or attributable to, as of *September 1, 2019*, any pending or prior: (1) litigation; or (2) administrative or regulatory proceeding or investigation of which an insured had notice, or alleging or derived from the same or essentially the same facts as alleged in such pending or prior litigation or administrative or regulatory proceeding or investigation.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*[signature]*

AUTHORIZED REPRESENTATIVE

© All rights reserved.

***END 005***

120222 (8/15)              Page 1 of 1

ENDORSEMENT# *6*

This endorsement, effective *12:01AM     October 28, 2019*     forms a part of
policy number  *01-803-28-61*
issued to *AKORN, INC.*

by     *Illinois National Insurance Company*

FORMS INDEX ENDORSEMENT

The contents of the Policy is comprised of the following forms:

| FORM NUMBER | EDITION DATE | FORM TITLE |
|---|---|---|
| 103224 | 02/10 | EXCESS DEC AND POLICY - ADMITTED |
| 96555 | 01/15 | TRIA DEC DISCLOSURE FORM |
| 103496 | 11/09 | SCHEDULE OF UNDERLYING COVERAGE AND FOLLOWED POLICY ADDENDUM |
| 52142 | 07/13 | ILLINOIS AMENDATORY- CANCELLATION/NONRENEWAL |
| 119679 | 09/15 | ECONOMIC SANCTIONS ENDORSEMENT |
| 106173 | 12/15 | ILLINOIS AMENDATORY ENDORSEMENT |
| 125595 | 03/17 | FEDERAL SHARE OF COMPENSATION UNDER TRIA AND CAP ON LOSSES ENDORSEMENT |
| 120222 | 08/15 | PENDING AND PRIOR LITIGATION EXCLUSION AMENDED (EXCESS LIMITS) |
| 78859 | 10/01 | FORMS INDEX ENDORSEMENT |
| 96453 | 06/19 | ILLINOIS CONSUMER COMPLAINT NOTIFICATION |

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.

*END 006*

78859 (10/01)                              Page 1 of 1

**ILLINOIS CONSUMER COMPLAINT NOTIFICATION**

This notice is to advise you that should any complaints arise regarding this insurance, you may contact the following:

AIG
Consumer Complaints Division
80 Pine Street, 13th Floor
New York, NY 10005
Phone: 1-877-541-9748
Fax: 844-637-6862
consumer@aig.com

or

Illinois Department of Insurance/Consumer Division
122 S. Michigan Ave, 19th Floor
Chicago, Illinois 60603
312-814-2420 (main)

or

Illinois Department of Insurance
Consumer Division
320 W. Washington Street
Springfield, IL 62767

(866) 445-5364 (toll free)
(217) 782-4515 (main)
(217) 782-5020 (fax)

http://www.insurance.illinois.gov
email: DOI.InfoDesk@illinois.gov

Complaints may be submitted electronically to the Illinois Department of Insurance at:
https://mc.insurance.illinois.gov/messagecenter.nsf

You can also access complaint forms to print at:
https://insurance.illinois.gov/Complaints/PropertyCasualtyComplaintForm.pdf

© American International Group, Inc.  All rights reserved.

**AIG**

# CLAIM REPORTING FORM

Issuing Company: *Illinois National Insurance Company*

Reported under Policy/Bond Number: _01-803-28-61_     Date: _____

Type of Coverage: D&O _____   E&O _____   Fidelity _____ (complete the Fidelity Supplemental on the next page)

Insured's Name, as given on Policy Declarations (Face Page):

_AKORN, INC._

Contact Person: _____

Title: _____

Phone: (_____) _____-_____ Ext _____

eMail: _____@_____

Case or Claimant Name: _____

If the party involved is different from "Insured" Name (as given on Policy Declarations) state relationship:

_____

Insurance Broker/Agent: _ARTHUR J GALLAGHER RISK MNGT SERV INC_

Address: _2850 W GOLF RD, ROLLING MEADOWS, IL 60008_

Address: _____

Contact: _DEREK VAN DER VOORT_     Phone: _____

eMail: _derek_vandervoort@ajg.com_

Send Notice of Claims to:   AIG                          Phone: (888) 602-5246
                            Financial Lines Claims      Fax:   (866) 227-1750
                            P.O. Box 25947              Email: c-Claim@AIG.com
                            Shawnee Mission, KS 66225

**AIG**

# CLAIM REPORTING FORM
# FIDELITY SUPPLEMENTAL

(Only complete this supplemental if the Claim is being reported under Fidelity Coverage)

Issuing Company: *Illinois National Insurance Company*

Reported under Policy/Bond Number:  01-803-28-61

Date of Discovery: _____    Estimated Amount of loss: _____

| Cause of Loss: | | | | |
|---|---|---|---|---|
| | Employee Dishonesty | _____ | Computer Fraud | _____ |
| | Funds Transfer | _____ | Robbery/Burglary | _____ |
| | ID Theft | _____ | Forgery | _____ |
| | Client Property | _____ | In Transit | _____ |
| | ERISA | _____ | Credit Card Forgery | _____ |
| | Other | _____ | if Other, describe: | _____ |

Send Notice Of Claims To:   AIG                          Phone: (888) 602-5246
                            Financial Lines Claims       Fax:   (866) 227-1750
                            P.O. Box 25947               Email: c-Claim@AIG.com
                            Shawnee Mission, KS 66225

*centralized Customer Link and Information Management*