

July 31, 2018

Mr. Derek Van der Voort
ARTHUR J GALLAGHER RISK MANAGEMENT SERVICES, INC
300 S RIVERSIDE PLAZA STE 1900
CHICAGO, IL 60606

Re:   Akorn, Inc.
       Excess Insurance Policy
       Insurance Contract 652005381
       Expiration Date 09/01/2019
       CNA Customer Number 200680

Dear Derek:

We are pleased to enclose the proposed insurance contract for Akorn, Inc..  Please review this proposed insurance contract carefully to ensure that it fulfills the agreed-upon specifications.  Should you detect any problem, please contact me within five (5) business days of the receipt of this proposed insurance contract to advise us of any concerns or questions.

**Please note that this proposed insurance contract is issued in consideration of payment of the quoted premium. If this condition is not fulfilled within 30 days of the proposed effective date of coverage, coverage will not take effect, and we will close our file on this matter without further notice to you or Akorn, Inc..**

If commissions or other compensation are payable hereunder, Insurance Producer will comply with all applicable federal and state laws, rules, regulations and/or orders governing disclosure by an agent, broker or producer to an insured or prospective insured of commissions or other compensation.

Please note that CNA offers a broad array of industry leading products.  To learn more about these products, please visit our website at www.cnapro.com.

We appreciate the opportunity to do business with Akorn, Inc. and with you.  If you should have any comments, questions, or concerns, please do not hesitate to contact me.

Sincerely,


Cole A Hodgin
Underwriting Consulting Director
(312) 822-5444
cole.hodgin@cna.com

Policy CvLtr Ed  9-05

Case 1:20-cv-01254-MN   Document 5-48   Filed 10/02/20   Page 2 of 14 PageID #: 2393



**DECLARATIONS**
**EXCESS INSURANCE POLICY**

| ACCOUNT NUMBER | 200680 |
|---|---|
| COVERAGE PROVIDED BY (hereafter Insurer) | Continental Casualty Company |
| POLICY NUMBER | 652005381 |

| Item 1: NAMED ENTITY AND PRINCIPAL ADDRESS | PRODUCER |
|---|---|
| Akorn, Inc.<br>1925 W Field CT STE 300<br>Lake Forest, IL 60045 | ARTHUR J GALLAGHER RISK MANAGEMENT SERVICES, INC<br>300 S RIVERSIDE PLAZA STE 1900<br>CHICAGO, IL 60606 |
| Attn: | Derek Van der Voort |

Item 2. **Policy Period**: 6/1/2018 To 9/1/2019
12:01 a.m. Standard Time at the Principal Address stated in Item 1.

Item 3. **Limit of Liability**
$5,000,000 maximum aggregate Limit of Liability under the Policy

Item 4. Schedule of **Underlying Insurance:**
A. **Followed Policy**

| Name of Carrier | Policy No | Limits | Ded/Ret Amount |
|---|---|---|---|
| XL Specialty Insurance | US00075683DO17A | $10,000,000 | $2,500,000 |

B. **Underlying Excess Policies**:   *** SEE ATTACHED SCHEDULE ***

Item 5. Policy Premium   $170,000

Item 6. Notices of Claims:
CNA – Claims Reporting
P.O Box 8317
Chicago, IL 60680-8317
Email address: SpecialtyNewLoss@cna.com
Fax Number: 866-773-7504

All other Notices:

Open Brokerage Global Specialty Lines
CNA Insurance Company
125 Broad Street – 8th Floor
New York, NY 10004

Item 7. Endorsements forming a part of this Policy at inception:

| | | |
|---|---|---|
| GSL-23282-IL | 2010-12-01 | Amendatory Endorsement Illinois |
| GSL-40799-XX | 2011-08-01 | Fully Earned Premium Rider |
| GSL-29520-XX | 2011-03-01 | State Amendatory Inconsistent |
| GSL-55119-XX | 2012-01-01 | Prior Or Pending Exclusion With Separate Dates Applicable To Increased Limits |
| GSL-7195-XX | 2010-06-01 | Specific Litigation Exclusion |
| CNA-89109-XX | 2017-11-01 | Amend Changes to Underlying Insurance/Depletion of Sub-Limits Section Endorsement (Insurer Agrees to in Writing) |
| CNA-81753-XX | 2015-03-01 | Cap On Losses From Certified Acts Of Terrorism Endorsement |
| CNA-81758-XX | 2015-03-01 | Notice Offer Of Terrorism Coverage Disclosure Of Premium Confirmation Of Acceptance |

These Declarations, along with the completed and signed Application, the Policy, and any written endorsements attached thereto shall constitute the contract between the Insureds and the Insurer.

Authorized Representative:   *[signature]*                                      Date:   July 31, 2018

G-22076-B(c)  (ED. 06-10)                                         1
© CNA  All Rights Reserved.



## UNDERLYING EXCESS POLICY SCHEDULE

| Name of Carrier | Policy No. | Limits | Excess of |
|---|---|---|---|
| Allied World National Assurance Company | 0307-5817 | $10,000,000 | $10,000,000 |
| Endurance American Insurance Company | DOX10007587102 | $10,000,000 | $20,000,000 |
| Illinois National Insurance Company | 01-529-45-16 | $5,000,000 | $30,000,000 |

2

© CNA  All Rights Reserved.



**EXCESS INSURANCE POLICY**

**Words defined in the Followed Policy have the same meaning in this Policy even if not defined herein. In consideration of the payment of the premium and in reliance upon the applications submitted to the Insurer or any insurer of the Underlying Insurance, and any other material submitted in connection with such applications (all of which are deemed attached hereto and made a part hereof) the Insurer and the Insureds agree as follows:**

### I. FOLLOW FORM EXCESS COVERAGE

The Insurer shall provide coverage in accordance with all of the terms, conditions and limitations (including, but not limited to the exclusions and notice requirements) of the policy scheduled in Item 4.A. of the Declarations (hereafter "**Followed Policy**") except as otherwise set forth herein. Coverage hereunder shall attach only after all of the aggregate Limits of Liability, as set forth in Item 4. of the Declarations have been exhausted through payment of covered loss under all policies scheduled in Item 4. of the Declarations (hereafter "**Underlying Insurance**") by or on behalf of the insurers of such **Underlying Insurance**, or by or on behalf of the Insureds. The risk of uncollectibility of any **Underlying Insurance** (in whole or in part), whether because of financial impairment or insolvency of an underlying insurer or for any other reason, is expressly retained by the Insureds and is not insured by or assumed by the Insurer.

### II. LIMIT OF LIABILITY

The amount set forth in Item 3. of the Declarations shall be the maximum aggregate Limit of Liability of the Insurer for all loss under this Policy, regardless of the number of claims made against the Insureds or the time of payment and regardless of whether or not an extended reporting period applies. If the Limit of Liability under this Policy is exhausted by payment of loss, the Insurer's obligations under this Policy shall be deemed completely fulfilled and extinguished.

### III. CHANGES TO UNDERLYING INSURANCE/DEPLETION OF SUB-LIMITS

If, subsequent to the inception date of this Policy, there is a change to any **Underlying Insurance** which expands coverage, then this Policy shall become subject to such change only if the Insurer agrees thereto by written endorsement to this Policy. If any loss under any **Underlying Insurance** is subject to a sub-limit, then this Policy provides no coverage excess of such **Underlying Insurance** sub-limit, but the **Underlying Insurance** shall be deemed depleted by payment of any such sub-limit.

### IV. INSURER RIGHTS/COOPERATION CLAUSE

The Insurer has the same rights and protections as has the insurer of the **Followed Policy** and has the right, but not the obligation, at its sole discretion, to elect to participate in the investigation, settlement, prosecution or defense of any claim reasonably likely to attach to and be covered under this Policy or any **Underlying Insurance,** even if the **Underlying Insurance** has not been exhausted. The Insureds shall cooperate with the Insurer in such investigation, settlement, prosecution or defense and shall do nothing that prejudices the Insurer's position or rights of recovery.

### V. NOTICES

Where notice is permitted or required by the **Followed Policy**, the Insureds have the same rights and obligations to notify the Insurer under this Policy, except that such notice shall be given to the Insurer at the applicable address specified in Item 6. of the Declarations.

IN WITNESS WHEREOF, the Insurer has caused this Policy to be executed by its Chairman and Secretary, but this Policy shall not be binding upon us unless completed by the attachment of the Declarations:

Chairman                                                                                                  Secretary

G-22075-B (Ed. 06-10)                          - 1 -
© CNA  All Rights Reserved.



**AMENDATORY ENDORSEMENT - ILLINOIS**

It is hereby agreed that the following amendments are made to the Excess Insurance Policy [Form G-22075-B]:

1. The policy is amended by the addition of the following:

   **CANCELLATION AND NON-RENEWAL**

   A. **CANCELLATION**

   1. The Insureds may cancel this Policy at any time. To do so, the Insured must return this Policy to the Insurer or any of its authorized representatives, indicating the effective date of cancellation; or provide a written notice to the Insurer, stating when the cancellation is to be effective.

   2. If this Policy has been in effect for less than sixty (60) days the Insurer may cancel this Policy for any reason by mailing written notice to the Insured, at the last mailing address known to the Insurer, at least:

      a. ten (10) days before the effective date of cancellation, if the Insurer cancels for nonpayment of premium; or
      b. thirty (30) days before the effective date of cancellation, if the Insurer cancels for any other reason.

   3. If this Policy has been in effect for sixty (60) days or more, the Insurer may not cancel this Policy unless such cancellation is based on one or more of the following reasons:

      a. Nonpayment of premium.
      b. This Policy was obtained through a material misrepresentation.
      c. Any Insured violated the terms and conditions of this Policy.
      d. The risk originally accepted has measurably increased.
      e. Certification to the Director of the loss of reinsurance by the Insurer which provided coverage to the insurer for all or a substantial part of the underlying risk insured.
      f. A determination by the Director that the continuation of this Policy could place the Insurer in violation of the insurance laws of this State.
      g. Cancellation of any of the **Underlying Insurance** where; such cancellation is based on any of the reasons noted above; and such **Underlying Insurance** is not replaced without lapse.

      The Insurer will mail written notice to the Insured, at the last mailing address known to the Insurer, at least:

      i. ten (10) days before the effective date of cancellation, if the Insurer cancels for the reason set forth in subsection 3.a.; or
      ii. sixty (60) days before the effective date of cancellation, if the Insurer cancels for any reason set forth in subsections 3.b. through 3.g.

   4. The notice will state the actual reason for the cancellation.

   5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

   6. Proof of mailing will be sufficient proof of notice.

   7. An exact and unaltered copy of such notice will also be sent to the Insured's broker, if known, or the agent of record and to the mortgagee or lienholder, at the last mailing address known to the Insurer.

| GSL23282IL (12-10) | Policy No: 652005381 |
|---|---|
| Page 1 | Endorsement No: 1 |
| Continental Casualty Company | Effective Date: 06/01/2018 |
| Insured Name: Akorn, Inc. | |

© CNA  All Rights Reserved.



B. **NON-RENEWAL**

1. The Insurer can non-renew this Policy by mailing written notice to the Insured, at the last mailing address known to the Insurer, at least sixty (60) days prior to the end of the policy period.

2. The notice of non-renewal will state the actual reason for non-renewal.

3. Proof of mailing will be sufficient proof of notice.

4. An exact and unaltered copy of such notice will also be sent to the Insured's broker, if known, or the agent of record and to the mortgagee or lienholder, at the last mailing address known to the Insurer.

C. **CONDITIONAL RENEWAL**

1. The Insurer may not increase the renewal premium by 30% or more nor impose changes in deductible or coverage that materially alter the policy, unless the Insurer has mailed to the Insured, at the last mailing address known to the Insurer, written notice of such increase or change at least sixty (60) days prior to the renewal or anniversary date.

2. If notice is mailed, proof of mailing will be sufficient proof of notice.

3. An exact and unaltered copy of such notice will also be sent to the Insured's broker, if known, or the agent of record and to the mortgagee or lienholder, at the last mailing address known to the Insurer.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

GSL23282IL (12-10)                                                                              Policy No:           652005381
Page 2                                                                                          Endorsement No:      1
Continental Casualty Company                                                                    Effective Date:      06/01/2018
Insured Name: Akorn, Inc.

© CNA  All Rights Reserved.



# FULLY EARNED PREMIUM RIDER

In consideration of the premium paid, it is understood and agreed that the Section titled **CONDITIONS**, paragraph **O. TERMINATION OR CANCELLATION OF BOND,** is deleted in its entirety and replaced with the following:

**O. TERMINATION OR CANCELLATION**

1. The premium paid for this Bond shall be deemed fully earned at the inception of this Bond.

2. This Bond may not be canceled by the Insurer except for failure to pay premium when due.

3. This Bond terminates in its entirety upon occurrence of any of the following:

    (1) the receipt by the Insurer of a written notice from the **Insured Entity** of its desire to cancel this bond;
    (2) immediately upon the taking over of the **Insured Entity** by a receiver or other liquidator or by State or Federal officials;
    (3) immediately upon the taking over of the **Insured Entity** by another institution;
    (4) immediately upon the exhaustion of the Aggregate Limit of Liability; or
    (5) immediately upon the expiration of the **Bond Period** as set forth in Item 2 of the Declarations.

The mailing of any notice as set forth herein shall be sufficient proof of notice. The effective date of cancellation stated in any such notice, or termination, shall become the end of the **Bond Period**, notwithstanding anything to the contrary stated in Item 2 of the Declarations.

Termination or cancellation of this Bond terminates liability for any **Loss** which is discovered after termination or the effective date of cancellation, except as provided in Section **VI. INSURED SPONSORED PLANS**.

All other terms and conditions of the Bond remain unchanged.

This rider, which forms a part of and is for attachment to the Bond issued by the designated Insurers, takes effect on the effective date of said Bond at the hour stated in said Bond, unless another effective date is shown below, and expires concurrently with said Bond.

GSL40799XX (8-11)  
Page 1  
Continental Casualty Company  
Insured Name: Akorn, Inc.

Policy No: 652005381  
Endorsement No: 2  
Effective Date: 06/01/2018

© CNA  All Rights Reserved.



## STATE AMENDATORY INCONSISTENT

In consideration of the premium paid for this Policy, it is understood and agreed that in the event there is an inconsistency between a state amendatory endorsement attached to this Policy and any term or condition of this Policy, then, where permitted by law, the Insurer shall apply those terms and conditions of either the amendatory endorsement or the Policy which are more favorable to the Insureds.

All other terms and conditions of the Policy remain unchanged.

> This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

| | |
|---|---|
| GSL29520XX (3-11) | Policy No:  652005381 |
| Page 1 | Endorsement No:  3 |
| Continental Casualty Company | Effective Date:  06/01/2018 |
| Insured Name: Akorn, Inc. | |

© CNA  All Rights Reserved.



**PRIOR OR PENDING EXCLUSION
WITH SEPARATE DATES APPLICABLE TO INCREASED LIMITS**

In consideration of the premium paid for this Policy, it is understood and agreed that the following new exclusion is added to the Policy:

**PRIOR OR PENDING EXCLUSION**

This Policy follows the Prior or Pending Exclusion of the **Followed Policy**, with the addition of the following new language:

In connection with any claim made against an Insured based upon or arising out of arising out such prior or pending matters, which was pending on or during the time periods set forth below, the limit of liability for such claim shall be equal to the limit of liability for that time period as set forth below with respect to the applicable insuring agreement. The Limits of Liability set in the below table are sublimits of and erode the available aggregate Limit of Liability on the Declarations and in no way increase the Insurer's maximum Limit of Liability under this Policy.

Directors & Officers Liability Side A Insuring Agreement:

| Prior or Pending Time Period | Sublimit of Liability |
|---|---|
| 4/24/2011 | $5,000,000 excess of $35,000,000 |

All other Insuring Agreements:

| Prior or Pending Time Period | Sublimit of Liability |
|---|---|
| 6/1/2018 | $5,000,000 excess of $35,000,000 |

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

GSL55119XX (1-12)  
Page 1  
Continental Casualty Company  
Insured Name: Akorn, Inc.

Policy No: 652005381  
Endorsement No: 4  
Effective Date: 06/01/2018

© CNA  All Rights Reserved.



## SPECIFIC LITIGATION EXCLUSION

In consideration of the premium charged, it is understood and agreed that notwithstanding any provisions of the **Underlying Insurance**, the Insurer shall not be liable to make payment for loss in connection with any claim based upon, arising out of, relating to, directly or indirectly resulting from, or in consequence of, or in any way involving the litigation specified below or any fact, circumstance, situation, transaction or event underlying or alleged in such litigation.

Specified Litigation: Matters Involving the Fresenius Acquisition of Akorn, Inc.

All other terms and conditions of the Policy remain unchanged.

| This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy. |
|---|

GSL7195XX (6-10)  
Page 1  
Continental Casualty Company  
Insured Name: Akorn, Inc.

Policy No:   652005381  
Endorsement No:   5  
Effective Date:   06/01/2018

© CNA  All Rights Reserved.



**AMEND CHANGES TO UNDERLYING INSURANCE/DEPLETION OF SUB-LIMITS SECTION ENDORSEMENT**
**(INSURER AGREES TO IN WRITING)**

It is understood and agreed that the section entitled **CHANGES TO UNDERLYING INSURANCE/DEPLETION OF SUB-LIMITS**, the first sentence is deleted in its entirety and is replaced with the following:

> If, subsequent to the inception date of this Policy, there is a change to any **Underlying Insurance**, then this Policy shall become subject to such change only if the Insurer agrees thereto in writing provided such agreement shall not be unreasonably withheld.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA89109XX (11-17)  Policy No: 652005381
Page 1  Endorsement No: 6
Continental Casualty Company  Effective Date: 06/01/2018
Insured Name: Akorn, Inc.

© CNA  All Rights Reserved.



**CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM
ENDORSEMENT**

It is understood and agreed as follows:

Whenever used in this endorsement, 1) "we" means the insurer listed on Declarations or the Certificate of Insurance, as applicable; and 2) "you" means the first person or entity named on the Declarations or the Certificate of Insurance, as applicable.

**A.   Cap on Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States, to be an act of terrorism pursuant to the Terrorism Risk Insurance Act, as extended and reauthorized (the "Act"). The criteria contained in the Act for a "certified act of terrorism" include the following:

**1.**   The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.**   The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Act exceed $100 billion in a calendar year (January 1 through December 31) and we have met our insurer deductible under the Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B.   Application of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

| | |
|---|---|
| CNA81753XX (3-15) | Policy No:  652005381 |
| Page 1 | Endorsement No:  7 |
| Continental Casualty Company | Effective Date:  06/01/2018 |
| Insured Name: Akorn, Inc. | |

© CNA  All Rights Reserved.



**Policy Holder Notice – Countrywide**

# IMPORTANT INFORMATION

### NOTICE – OFFER OF TERRORISM COVERAGE; DISCLOSURE OF PREMIUM

**THIS NOTICE DOES NOT FORM A PART OF THE POLICY, GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

As used herein, 1) "we" means the insurer listed on the Declarations or the Certificate of Insurance, as applicable; and 2) "you" means the first person or entity named on the Declarations or the Certificate of Insurance, as applicable.

You are hereby notified that under the Terrorism Risk Insurance Act, as extended and reauthorized ("Act"), you have a right to purchase insurance coverage of losses arising out of acts of terrorism, as defined in Section 102(1) of the Act, subject to all applicable policy provisions. The Terrorism Risk Insurance Act established a federal program within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks.

This Notice is designed to alert you to coverage restrictions and to certain terrorism provisions in the policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.

CHANGE IN THE DEFINITION OF A CERTIFIED ACT OF TERRORISM

The Act applies when the Secretary of the Treasury certifies that an event meets the definition of an act of terrorism. Originally, the Act provided that to be certified, an act of terrorism must cause losses of at least five million dollars and must have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest to coerce the government or population of the United States. However, the 2007 re-authorization of the Act removed the requirement that the act of terrorism must be committed by or on behalf of a foreign interest, and now certified acts of terrorism may encompass, for example, a terrorist act committed against the United States government by a United States citizen, when the act is determined by the federal government to be "a certified act of terrorism."

In accordance with the Act, we are required to offer you the ability to purchase coverage for losses resulting from an act of terrorism that is certified under the federal program. The other provisions of this policy, including nuclear, war or military action exclusions, will still apply to such an act.

DISCLOSURE OF FEDERAL PARTICIPATION IN PAYMENT OF TERRORISM LOSSES

The Department of the Treasury will pay a share of terrorism losses insured under the federal program. In 2015, the federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention, and shall decrease by 1 percentage point per calendar year until equal to 80%.

LIMITATION ON PAYMENT OF TERRORISM LOSSES

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.



# Policy Holder Notice – Countrywide

Further, this coverage is subject to a limit on our liability pursuant to the federal law where, if aggregate insured losses attributable to terrorist acts certified under the Act exceed $100 billion in a calendar year (January 1 through December 31) and we have met our insurer deductible under the Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion. In such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

CONFIRMATION OF ACCEPTANCE OF COVERAGE

In accordance with the Act, we offered you coverage for losses resulting from an act of terrorism that is certified under the federal program. This notice confirms that you have chosen to accept our offer of coverage for certified acts of terrorism. The policy's other provisions, including nuclear, war or military action exclusions, will still apply to such an act. The premium charge for terrorism coverage, if any, is shown separately on the Declarations or the Certificate of Insurance, as applicable.