**ENDORSEMENT# 11**

This endorsement, effective *12:01 am*      *August 28, 2017*          forms a part of
policy number  *01-498-04-39*
issued to     *AKORN, INC.*

by      *Illinois National Insurance Company*

### REINSTATEMENT ADDENDUM
### (ONE REINSTATEMENT)

1. *Supplemental Declarations*:

| | |
|---|---|
| **First Reinstated Limit of Liability**: | $ 10,000,000 |

2. *Reinstatement of Limit*:  This  policy shall  provide one **Reinstated Limit  of Liability** which shall be  excess of  this policy's **Limit of Liability**  and amounts  actually paid under all other insurance policies  providing a limit of  liability excess of this  policy's **Limit of  Liability**, and shall  remain  subject  to  the  excess, DIC and other  terms, conditions and limitations of this policy.

3. *Per Claim Sublimit  of Liability:*  The aggregate  limit of  the **Insurer's** liability  for all **Loss** under  this policy  in connection with  any **Claim**  or **Pre-Claim Inquiry**  and all **Related Matters** thereto is $10,000,000, notwithstanding that **Loss** may be paid for such **Claim** or **Pre-Claim Inquiry** under the **Limit of Liability** and/or **Reinstated Limit of Liability**.

4. As used in this Reinstatement Addendum:

   **"Related Matter"** means  all **Claims** and  **Pre-Claim Inquiries**  alleging, arising out  of, based upon  or  attributable  to  the  same  or  related  facts, **Wrongful Acts**, circumstances or situations, or  the same or related  series of facts, **Wrongful  Acts**, circumstances or situations.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.

123315 (10/16)              *END 11*

**ENDORSEMENT# _12_**

This endorsement, effective  *12:01 am*      *August 28, 2017*       forms a part of
policy number  *01-498-04-39*
issued to   *AKORN, INC.*

by    *Illinois National Insurance Company*

### DELETION OF ENDORSEMENT

In consideration of the premium charged, it is hereby understood and agreed that the following endorsement is deleted in its entirety:

       Endorsement # 7:   DECLARATIONS AMENDED

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.

94406 (04/07)              *END 12*

ENDORSEMENT# *13*

This endorsement, effective *12:01 am* *August 28, 2017* forms a part of
policy number *01-498-04-39*
issued to *AKORN, INC.*

by *Illinois National Insurance Company*

### DECLARATIONS AMENDED
### (REVISED ATTACHMENT POINT FOR CLAIMS FIRST MADE ON OR AFTER JUNE 1, 2015)

In consideration of the premium charged, it is hereby understood and agreed that solely with respect to any **Claim** first made against an **Insured Person** on or after June 1, 2015, the Declarations are amended by deleting the **Limit of Liability**, **Total Underlying Limits** and SCHEDULE OF UNDERLYING COVERAGE in their entirety and replacing them with the following:

| **Limit of Liability:** | $10,000,000 |
| --- | --- |
| **Total Underlying Limits:** | $35,000,000 |

| RETENTIONS OF UNDERLYING POLICIES: | |
| --- | --- |
| XL SPECIALTY INSURANCE COMPANY (Primary) | $2,500,000 |

| SCHEDULE OF UNDERLYING COVERAGE | | | | |
| --- | --- | --- | --- | --- |
| Notes | Underlying Insurer | Underlying Policy Number | Limits | Policy Period |
| Followed Policy | XL Specialty Insurance Company | US00075683DO17A | $10,000,000 Primary | 06/01/2017 to 09/01/2019 |
| | Allied World National Assurance Company | 0307-5817 | $10,000,000 xs $10,000,000 | 06/01/2017 to 09/01/2019 |
| | Endurance American Insurance Company | DOX10007587102 | $10,000,000 xs $20,000,000 | 06/01/2017 to 09/01/2019 |
| | Illinois National Insurance Company | 14980439 | $5,000,000 xs $30,000,000 | 06/01/2018 to 09/01/2019 |

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.

MNSCPT *END 13*

**ENDORSEMENT#** *14*

This endorsement, effective *12:01 am*      *August 28, 2017*                forms a part of
policy number   *01-498-04-39*
issued to  *AKORN, INC.*

by      *Illinois National Insurance Company*

FORMS INDEX (AMENDED)

In consideration of the premium charged, it is hereby understood and agreed that the "Forms Index"
Endorsement is amended to include the following:

| FORM NUMBER | EDITION DATE | FORM TITLE |
|---|---|---|
| 123315 | 10/16 | REINSTATEMENT ADDENDUM |
| 94406 | 04/07 | DELETION OF ENDORSEMENT |
| MNSCPT |  | DECLARATIONS AMENDED |
| SYSLIB | 01/05 | FORMS INDEX (AMENDED) |

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____

AUTHORIZED REPRESENTATIVE

*END 014*