<u>**ENDORSEMENT# *15***</u>

This endorsement, effective *12:01 am*   *June 1, 2018*   forms a part of
policy number   *01-498-04-39*
issued to   *AKORN, INC.*

by   *Illinois National Insurance Company*

## DECLARATIONS AMENDED - POLICY PERIOD
### (ACCOUNT SPECIFIC)

In consideration of the premium charged it is hereby understood and agreed that the **Policy Period** of the Declarations is deleted in its entirety and replaced with the following:

**Policy Period**:

    From:   12:01 EST June 01, 2017
    To:   12:01 EST September 01, 2019

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.

**END 15**

126698 (11/17)

**ENDORSEMENT#** *16*

This endorsement, effective *12:01 am   June 1, 2018*   forms a part of
policy number   *01-498-04-39*
issued to *AKORN, INC.*

by   *Illinois National Insurance Company*

FORMS INDEX (AMENDED)

In consideration of the premium charged, it is hereby understood and agreed that the "Forms Index" Endorsement is amended to include the following:

| FORM NUMBER | EDITION DATE | FORM TITLE |
|---|---|---|
| 126698 | 11/17 | DECLARATIONS AMENDED - POLICY PERIOD |
| SYSLIB | 01/05 | FORMS INDEX (AMENDED) |

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

*END 016*

(1/05)   Page 1 of 1