## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE: Akorn Inc., et al.

| | |
|---|---|
| 199SEIU National Benefit Fund, et al.<br><br>Appellants,<br><br>v.<br><br>Official Committee of Unsecured Creditors of Akorn Inc., et al.<br><br>Appellees | Civil Action 20-1254<br><br><br><br>Bankruptcy Case No. 20-11177 (KBO)<br>Bankruptcy BAP No. 20-29 |

### ORDER GRANTING MOTION OF 1199SEIU BENEFIT FUNDS, DC47 FUND AND SBA FUND FOR LEAVE TO FILE PORTIONS OF DESIGNATED APPELLATE RECORD <u>UNDER SEAL</u>

Upon consideration of the motion of 1199SEIU Benefit Funds,[2] DC47 Fund and SBA Fund to designate portions of the appellate record under seal's and any responses thereto,

IT IS HEREBY ORDERED as follows:

The Motion is GRANTED, as set forth herein.

The Appellants are GRANTED LEAVE to designate the Objection and Exhibits as part of the appellate record under seal.

The clerk of the Bankruptcy Court shall promptly transmit the sealed Objection to the clerk of the court where the appeal is pending upon receipt of this order.

Dated: _____

_____
J.

---

[2] All capitalized terms have the same meaning as in the Motion to Seal.