IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Akorn Inc., et al.

| | |
|---|---|
| 199SEIU National Benefit Fund, et al.<br><br>Appellants,<br><br>v.<br><br>Official Committee of Unsecured Creditors of Akorn Inc., et al.<br><br>Appellees | Civil Action 20-1254<br><br>Bankruptcy Case No. 20-11177 (KBO)<br>Bankruptcy BAP No. 20-29 |

**CERTIFICATE OF SERVICE OF MOTION OF 1199SEIU BENEFIT FUNDS, DC47 FUND AND SBA FUND FOR LEAVE TO FILE PORTIONS OF DESIGNATED APPELLATE RECORD UNDER SEAL**

1. I, Leslie B. Spoltore represent the creditor/appellant in this matter.

2. On October 2, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Motion to Seal
    - Proposed Order

3. I hereby certify under penalty of perjury that the above documents were sent to counsel for the Debtors, counsel for all Committees, the United States Trustee, all parties with an interest in the requested relief and all parties receiving notice by CM/EFC.

Respectfully submitted,

Dated: October 2, 2020
Wilmington, Delaware

By: /s/Leslie B. Spoltore
Leslie B. Spoltore, Esquire (DE Bar No. 3605)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
123 Justison Street, Suite 100
Wilmington, Delaware 19801
Telephone: (302) 238-6947
Facsimile: (302) 655-1092
Email: leslie.spoltore@obermayer.com