## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE: Akorn Inc., et al.

| | |
|---|---|
| 199SEIU National Benefit Fund, et al.<br><br>Appellants,<br><br>v.<br><br>Official Committee of Unsecured Creditors of Akorn Inc., et al.<br><br>Appellees | Civil Action 20-1254<br><br>Bankruptcy Case No. 20-11177 (KBO)<br>Bankruptcy BAP No. 20-29 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Edmond M. George, Esquire to represent Appellants, AFSCME District Council 47 Health and Welfare Fund, 1199SEIU National Benefit Fund, 1199SEIU Greater New York Benefit Fund, 1199SEIU National Benefit Fund for Home Care Workers, 1199SEIU Licensed Practical Nurses Welfare Fund and Sergeants Benevolent Association Health and Welfare Fund (together, "1199SEIU Benefit Funds"), AFSCME District Council 47 Health and Welfare Fund ("DC47 Fund"), and Sergeants Benevolent Association Health and Welfare Fund ("SBA Fund") in this matter.

### OBERMAYER REBMANN MAXWELL & HIPPEL LLP

By: */s/ Leslie B. Spoltore*
Leslie B. Spoltore (No. 3605)
123 S. Justison Street, Suite 100
Wilmington, DE 19801-5364
Telephone:  (302) 238-6947
Email:  leslie.spoltore@obermayer.com
*Attorney for Appellants*

Dated: October 12, 2020

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____

_____
United States District Court Judge

1

OMC\4837-5577-3134.v1-10/12/20

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, the State of New Jersey, the district of Washington, D.C., United States District Court of New Jersey, United States District Court for the Eastern District of Pennsylvania, and the Third Circuit Court of Appeals and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

**OBERMAYER REBMANN**
**MAXWELL & HIPPEL LLP**

By: */s/ Edmond M. George*
Edmond M. George, Esq.
1500 Market Street, Suite 3400
Philadelphia, PA  19102
Telephone: (215) 665-3140
Email: edmond.george@obermayer.com

Date:   October 12, 2020

2