# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN, INC., *et al.*,[1]<br><br>   Debtors. | Chapter 11<br><br>Case No. 20-11177 (KBO)<br><br>(Jointly Administered) |
| Provepharm, Inc.,<br><br>   Appellant,<br>v.<br><br>Akorn, Inc., *et al.*,<br><br>   Appellees. | Civil Action No. 20-cv-1336 (MN)<br>BAP No. 20-37 |
| 1199SEIU National Benefit Fund, *et al.*,<br><br>   Appellants,<br>v.<br><br>Official Committee of Unsecured Creditors of Akorn, Inc., *et al.*,<br><br>   Appellees. | Civil Action No. 20-cv-1254 (MN)<br>BAP No. 20-29 |

**UNOPPOSED MOTION TO CONSOLIDATE APPEALS FOR
PROCEDURAL PURPOSES AND FOR RELATED RELIEF**

Provepharm, Inc. ("Provepharm") respectfully files this unopposed motion ("Unopposed Motion") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure (the "Federal Rules") to consolidate, for procedural purposes only, the appeal numbered Civil Action No. 20-cv-1336

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any are: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

(MN), BAP No. 20-37, which was filed by Provepharm, with the appeal numbered Civil Action No. 20-cv-1254 (MN), BAP No. 20-29, which was filed by 1199SEIU National Benefit Fund, 1199SEIU Greater New York Benefit Fund, 1199SEIU National Benefit Fund for Home Care Workers, and 1199SEIU Licensed Practical Nurses Welfare Fund, AFSCME District Council 47 Health and Welfare Fund, and Sergeants Benevolent Association Health and Welfare Fund (the "Funds") (collectively, the "Appeals").  The Appeals seek reversal of the *Order Confirming The Modified Joint Chapter 11 Plan Of Akorn, Inc. and Its Debtor Affiliates* [Bankruptcy Court Docket No. 673] (the "Confirmation Order") entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on September 4, 2020.  In support of the Unopposed Motion, the Movant respectfully states as follows:

## INTRODUCTION

The Appeals identify substantially the same issues, designate substantially the same documents, relate to the same legal and factual predicates for the Confirmation Order and are substantially the same.  Given the overlap of legal and factual issues, the parties to the Appeals are presently required to spend time and expense making duplicative filings and arguments with respect to both Appeals.  This unnecessarily depletes judicial and party resources.  Through this Unopposed Motion, the Movant seeks to promote judicial economy and avoid unnecessary cost and delay by eliminating the need for duplicative filings and arguments across two separate Appeals and permitting administration of the Appeals on a single, consolidated docket.  Furthermore, the Movant seeks to consolidate the Appeals for procedural purposes only and, therefore, no party's substantive rights will be affected by the relief requested herein.  For all these reasons, and the reasons set forth below, the Movant respectfully requests entry of an order approving the Unopposed Motion.

## BACKGROUND

1. On August 25, 2020, the Debtors filed their *Modified Joint Chapter 11 Plan Of Akorn, Inc. And Its Debtor Affiliates* [Bankruptcy Court Docket No. 547] (the "Joint Plan").

2. On August 25, 2020, Provepharm filed its *Objection To Confirmation Of The Joint Chapter 11 Plan Of Akorn, Inc. And Its Debtor Affiliates* [Bankruptcy Court Docket No. 552].

3. On August 25, 2020, the Funds filed their *Sealed Objection To Confirmation Of The Joint Chapter 11 Plan Of Akorn, Inc. And Its Debtor Affiliates* [Bankruptcy Court Docket No. 553].

4. On September 2 and 3, 2020, the Court held hearings on confirmation of the Joint Plan.

5. On September 4, 2020, the Court entered the Confirmation Order.

6. On September 18, 2020, the Funds filed a Notice of Appeal [Bankruptcy Court Docket No. 718] (the "Funds Appeal").

7. On October 1, 2020, Provepharm filed its Notice of Appeal [Bankruptcy Court Docket No. 746] (the "Provepharm Appeal").

8. On September 18, 2020, the Funds' Appeal was docketed in this Court as *1199SEIU National Benefit Fund, et al. v. Official Committee of Unsecured Creditors of Akron, Inc., et al.*, Civil Action No. 20-1254, BAP No. 20-29.

9. On October 2, 2020, Provepharm's Appeal was docketed in this Court as *In re Akorn, Inc., et al.*, Civil Action No. 20-1336, BAP No. 20-37.

- 4 -

## RELIEF REQUESTED

10. By this Unopposed Motion, Movant requests that the Funds' Appeal and Provepharm's Appeal be consolidated for procedural purposes only and without prejudice to the substantive rights of the parties to the Appeals. Specifically, the Movant requests that:

- the Appeals be jointly administered under Civil Action No. 20-1254, BAP No. 20-29 (the "Consolidated Appeal");

- a docket entry be made on the docket of the other Appeal stating as follows:

  An Order has been entered in this appeal directing the procedural consolidation of this appeal under Civil Action No. 20-1254, BAP No. 20-29. The docket in Civil Action No. 20-1254, BAP 20-29 should be consulted for all matters affecting this appeal;

- after consolidation, all papers in the Appeals shall be, and need only be filed on the docket of Civil Action No. 20-1254, BAP 20-29;

- all papers filed in any of the Appeals before consolidation be deemed filed on the docket of Civil Action No. 20-1254, BAP 20-29; and

- the caption of the Consolidated Appeals read as follows:

[*Remainder of Page Intentionally Left Blank*]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AKORN, INC., *et al.*,[2]<br><br>　　　　　Debtors. | Chapter 11<br>Case No. 20-11177 (KBO)<br>(Jointly Administered) |
| Provepharm, Inc.,<br><br>　　　　　Appellant,<br><br>v.<br><br>Akorn, Inc., *et al.*,<br><br>　　　　　Appellees. | Appeals from the Bankruptcy Court<br><br>Civil Action No. 20-cv-1254 (MN)<br>BAP No. 20-29<br><br>Civil Action No. 20-cv-1336 (MN)<br>BAP No. 20-37 |

11.　　Further, to promote judicial economy and avoid unnecessary cost, the Movant respectfully requests that the Court authorize the parties to the Appeals to utilize a combined service list for the Appeals.

## BASIS FOR RELIEF REQUESTED

12.　　This Court has broad discretion to consolidate related appeals. Pursuant to Fed. R. Bankr. P. 7042 and Fed. R. Civ. P. 42(a), applicable pursuant to Fed. R. Bankr. P. 9014, the Court may consolidate any actions involving a "common question of law or fact" and "issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a); *In re Mock*, 398 F. App'x 716, 718 (3d Cir. 2010) (applying Federal Rule 42 to bankruptcy appeals); *see also* Fed. R. Bankr. P. 8003(b)(2) ("When parties have separately filed timely notices of appeal, the district court or BAP may join or consolidate the appeals."); Advisory Committee Note to Bankruptcy Rule 8002 ("The

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any are:  Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC.  The location of the Debtors' service address is:  1925 W. Field Court, Suite 300, Lake Forest, Illinois  60045.

district courts and bankruptcy appellate panels have inherent authority to consolidate appeals."); *cf*. Fed. R. App. P. 3(b)(2) ("When the parties have filed separate timely notices of appeal, the appeals may be joined or consolidated by the court of appeals."); Fed. R. Bankr. P. 8010(b)(2) ("If there are multiple appeals from a judgment, order, or decree, the bankruptcy clerk must transmit a single record.").

13. Further, pursuant to Bankruptcy Rule 9029, a district judge "may regulate practice in any manner consistent with federal law, [the Bankruptcy Rules], Official Forms, and local rules of the district." Fed. R. Bankr. P. 9029(b); *see also Tully Constr. Co., Inc. v. Cannonsburg Envtl. Assoc., Ltd. (In re Cannonsburg Envtl. Assoc., Ltd.)*, 72 F.3d 1260, 1269 (6th Cir. 1996) (*citing* predecessor to Fed. R. Bankr. P. 9029(b), Fed. R. Civ. P. 42, and Fed. R. App. P. 3(b) for the proposition that "courts are routinely granted authority to consolidate related matters" on appeal).

14. District courts in this district routinely consolidate bankruptcy appeals when the appeals involve common issues of law or fact. *See e.g., In re Owens Corning*, Civil Action No. 11-01130 (LPS) (D. Del. Dec, 16, 2011); *In re W.R. Grace & Co.*, *et al.*, Civil Action No. 11-00199 (RLB) (D. Del. Mar. 28, 2011); *In re Kaiser Aluminum Corp., et al.*, Civil Action No. 05-00135 (JJF) (D. Del. May 30, 2005); *In re Oakwood Homes et al.*, Civil Action No. 04-00835 (JJF) (D. Del. July 21, 2004); *In re Finova Group Inc., et al.,* Civil Action No. 02-01632 (JJF)(Mar. 26, 2003); *In re Genesis Health Ventures, Inc.,* Civil Action No. 01-00853 (JJF) (D. Del. Feb. 3, 2002); *In re Heartland Wireless, et al.,* Civil Action No. 01-00500 (SLR) (D. Del. Dec. 3, 2001).

15. Here, the Appeals are substantially the same, have common questions of fact and law and relate to the legal and factual predicates for the Confirmation Order. Accordingly, consolidation of the Appeals is appropriate. Furthermore, the Movant submits that consolidation will promote judicial economy and avoid unnecessary costs and delay by eliminating the need for

duplicative filings and permitting administration of the Appeals on a single, consolidated docket and schedule. *See Waste Distillation Tech., Inc. v. Pan Am. Res., Inc.*, 775 F. Supp. 759, 761 (D. Del. 1991) ("Rule 42(a) of the Federal Rules of Civil Procedure gives this Court broad powers to consolidate actions involving common questions of law or fact if, in its discretion, such consolidation would facilitate the administration of justice.").

16. Prior to submission to the Court, the Movant circulated a copy of the Unopposed Motion to the Funds and to the Debtors. The Funds do not oppose the relief sought in the Unopposed Motion. The Debtors do not oppose the relief sought in the Unopposed Motion, on the understanding, however, that the requested procedural consolidation does not govern or affect the briefing schedule or briefing limits in the consolidated appeal, which the parties will address after the Court grants the requested relief.

WHEREFORE, Movant respectfully requests that the Court enter an order consolidating and jointly administering the Appeals under one case number, ordering the adoption of a case style that recognizes both Appeals, authorizing documents filed in the jointly administered Fund's Appeal to count as filed in the Provepharm Appeal, authorizing the parties to each of the Appeals to use a combined service list, and granting any and all other such relief to which the Court finds Movant is justly entitled.

*[Signature Page to Follow]*

Dated: October 15, 2020

                                               **ASHBY & GEDDES, P.A.**

*/s/ William P. Bowden*_____
William P. Bowden (DE Bar No. 2553)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
Tel: (302) 654-1888
Fax: (302) 654-2067
Email: wbowden@ashbygeddes.com

-and-

Michael M. Parker (admitted *pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
111 W. Houston Street, Suite 1800
San Antonio, TX 78205-3792
Tel: (210) 224-5575
Fax: (210) 270-7205
Email: michael.parker@nortonrosefulbright.com

*Counsel to Provepharm, Inc.*