## **CERTIFICATE OF SERVICE**

I, William P. Bowden, hereby certify that on this 15th day of October 2020, I caused a true and correct copy of the foregoing to be served (1) via CM/ECF to all parties of record and (2) to the attached service list via email.

Dated: October 15, 2020                                      */s/ William P. Bowden*
                                                                      William P. Bowden (DE Bar No. 2553)

## SERVICE LIST

| | |
|---|---|
| Kirkland & Ellis LLP<br>Attn: Patrick J. Nash, Gregory Pese, and Christopher Hayes<br>300 North LaSalle<br>Chicago, IL 60654<br>Email: Patrick.nash@kirkland.com<br>Email: Gregory.pesce@kirkland.com<br>Email: Christopher.hayes@kirkland.com<br><br>*Counsel to the Debtors* | Kirkland & Ellis LLP<br>Attn: Nicole L. Greenblatt<br>601 Lexington Avenue<br>New York, NY 10022<br>Email: Nicole.greenblatt@kirkland.com<br><br>*Counsel to the Debtors* |
| Richards, Layton & Finger PA<br>Attn: Paul N. Heath, Amanda R. Steele, Zachary I. Shapiro, and Brett M. Haywood<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Email: heath@rlf.com<br>Email: steele@rlf.com<br>Email: shapiro@rlf.com<br>Email: haywood@rlf.com<br><br>*Counsel to the Debtors* | Obermayer Rebmann Maxwell & Hippel LLP<br>Attn: Leslie B. Spoltore<br>123 Justison Street, Suite 100<br>Wilmington, DE 19801<br>Email: leslie.spoltore@obermayer.com<br><br>*Counsel to AFSCME District Council 47 Health and Welfare Fund, 1199SEIU National Benefit Fund, 1199SEIU Greater New York Benefit Fund, 1199SEIU National Benefit Fund for Home Care Workers, 1199SEIU Licensed Practical Nurses Welfare Fund and Sergeants Benevolent Association Health and Welfare Fund* |

| | |
|---|---|
| Obermayer Rebmann Maxwell & Hippel LLP<br>Attn: Edmond M. George, Michael D. Vagnoni, and Turner N. Falk<br>Centre Square Street, Suite 3400<br>Philadelphia, PA 19101<br>Email: Edmond.George@obermayer.com<br>Email: Michael.vagnoni@obermayer.com<br>Email: Turner.Falk@obermayer.com<br><br>*Counsel to AFSCME District Council 47 Health and Welfare Fund, 1199SEIU National Benefit Fund, 1199SEIU Greater New York Benefit Fund, 1199SEIU National Benefit Fund for Home Care Workers, 1199SEIU Licensed Practical Nurses Welfare Fund and Sergeants Benevolent Association Health and Welfare Fund* | Potter Anderson & Corroon LLP<br>Attn: L. Katherine Good and Aaron L. Stulman<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-3700<br>Email: kgood@potteranderson.com<br>Email: astulman@potteranderson.com<br><br>*Counsel to Fresenius Kabi AG* |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Kelley A. Cornish and Lewis R. Clayton<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Email: kcornish@paulweiss.com<br>Email: lclayton@paulweiss.com<br><br>*Counsel to Fresenius Kabi AG* | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Claudia R. Tobler<br>2001 K. Street, NW<br>Washington, DC 20006<br>Email: ctobler@paulweiss.com<br><br>*Counsel to Fresenius Kabi AG* |
| Jenner & Block LLP<br>Attn: Catherine L. Steege, Landon S. Raiford, and William A. Williams<br>353 N. Clark Street<br>Chicago, IL 60654<br>Email: csteege@jenner.com<br>Email: lraiford@jenner.com<br>Email: wwilliams@jenner.com<br><br>*Counsel to the Official Committee of Unsecured Creditors of Akorn, Inc., et al.* | Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti and Lucian B. Murley<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Email: mark.minuti@saul.com<br>Email: luke.murley@saul.com<br><br>*Counsel to the Official Committee of Unsecured Creditors of Akorn, Inc., et al.* |

| | |
|---|---|
| Office of the United States Trustee<br>Attn: T. Patrick Tinker and Jane M. Leamy<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Email: Thomas.P.Tinker@usdoj.gov<br>Email: Jane.M.Leamy@usdoj.gov | Farnan LLP<br>Attn: Brian E. Farnan and Michael J. Farnan<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Email: bfarnan@farnanlaw.com<br>Email: mfarnan@farnanlaw.com<br><br>*Counsel to Gabelli Funds, LLC* |
| Entwistle & Cappucci LLP<br>Attn: Andrew J. Entwistle<br>401 Congress Avenue, Suite 1170<br>Austin, TX 78701<br>Email: aentwistle@entwistle-law.com<br><br>*Counsel to Gabelli Funds, LLC* | Entwistle & Cappucci LLP<br>Attn: Joshua K. Porter and Nealon<br>299 Park Avenue, 20th Floor<br>New York, NY 10171<br>Email: jporter@entwistle-law.com<br>Email: anealon@entwistle-law.com<br><br>*Counsel to Gabelli Funds, LLC* |
| Louisiana Department of Revenue<br>Attn: Florence Bonaccorso-Saenz<br>617 N. Third Street, Office 780<br>Zip Code 70821-4064<br>Baton Rouge, LA 70802<br>Email: Florence.Saenz@la.gov | Gellert Scali Busenkell & Brown, LLC<br>Attn: Michael Busenkell<br>1201 North Orange Street, Suite 300<br>Wilmington, DE 19801<br>Email: mbusenkell@gsbblaw.com<br><br>*Counsel to Leadiant Biosciences, Inc.* |
| Sequor Law<br>Attn: Fernando J. Menendez<br>1001 Brickell Bay Drive, 9th Floor<br>Miami, FL 33131<br>Email: fmenendez@sequorlaw.com<br><br>*Counsel to Leadiant Biosciences, Inc* | Hiller Law, LLC<br>Attn: Adam Hiller<br>1500 North French Street<br>Wilmington, DE 19801<br>Email: ahiller@adamhillerlaw.com<br><br>*Counsel to IRP Claimants* |

| | |
|---|---|
| Cuneo Gilbert & LaDuca, LLP<br>Attn Jonathan W. Cuneo and Christian Hudson<br>4725 Wisconsin Ave., NW, Suite 200<br>Washington, DC 20016<br>Email: jonc@cuneolaw.com<br>Email: christian@cuneolaw.com<br><br>*Counsel to IRP Claimants* | Dr. Charles P. Ehlen<br>2920 Winnebago Road<br>Sartell, MN 56377<br>Email: Chaz2920@cloudnet.com |
| Young Conaway Stargatt & Taylor LLP<br>Attn: Robert S. Brady and Robert F. Poppiti, Jr.<br>1000 North King Street<br>Wilmington, DE 19801<br>Attn: rbrady@ycst.com<br>Attn: rpoppiti@ycst.com<br><br>*Counsel to the Ad Hoc Group and DIP Lenders* | Gibson, Dunn & Crutcher LLP<br>Attn: Scott J. Greenberg, Steven A. Domanowski, and Jeremy D. Evans<br>200 Park Avenue<br>New York, NY 10166<br>Email: sgreenberg@gibsondunn.com<br>Email: sdomanowski@gibsondunn.com<br>Email: jevans@gibsondunn.com<br><br>*Counsel to the Ad Hoc Group and DIP Lenders* |