IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AKORN, INC., et al., | ) | C.A. No. 20-11177 (KBO) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| PROVEPHARM, INC., | ) | |
| | ) | |
| Appellant, | ) | Appeals from the Bankruptcy Court |
| | ) | |
| v. | ) | C.A. No. 20-1254 (MN) |
| | ) | BAP No. 20-29 |
| AKORN, INC., et al., | ) | |
| | ) | C.A. No. 20-1336 (MN) |
| Appellees. | ) | BAP No. 20-37 |

**ORDER**

At Wilmington, this 12th day of November 2020;

WHEREAS, on October 27, 2020, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I. 17) recommending that this consolidated matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no party filed objections to the Recommendation pursuant to Rule 72(a) of the Federal Rules of Civil Procedure in the prescribed period; and

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the parties are to submit a proposed briefing schedule to the Court no later than November 30, 2020.

_Maryellen Noreika_
The Honorable Maryellen Noreika
United States District Court