# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| AKORN, INC., *et al.*[1] | ) Case No. 20-11177 (KBO) |
| | ) (Jointly Administered) |
| Debtors | ) |
| PROVEPHARM, INC., | ) Appeals from the Bankruptcy Court |
| | ) |
| Appellant, | ) Civil Action No. 20-cv-1254 (MN) |
| | ) BAP No. 20-29 |
| v. | ) |
| | ) Civil Action No. 20-cv-1336 (MN) |
| AKORN, INC., *et al.*, | ) BAP No. 20-37 |
| Appellees. | ) |

## STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE

WHEREAS, on September 18, 2020, Appellants 1199SEIU National Benefit Fund, 1199SEIU Greater New York Benefit Fund, 1199SEIU National Benefit Fund for Home Care Workers, and 1199SEIU Licensed Practical Nurses Welfare Fund, all of which are jointly administered health and welfare funds (together, "1199SEIU Benefit Funds"), AFSCME District Council 47 Health and Welfare Fund ("DC47 Fund"), and Sergeants Benevolent Association Health and Welfare Fund ("SBA Fund") (collectively, "the Funds") filed a notice of appeal initiating Case No. 20-cv-1254;

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any are: Akorn, Inc. (7400); 10 Edison Street LLC (7890); 13 Edison Street LLC; Advanced Vision Research, Inc. (9046); Akorn (New Jersey), Inc. (1474); Akorn Animal Health, Inc. (6645); Akorn Ophthalmics, Inc. (6266); Akorn Sales, Inc. (7866); Clover Pharmaceuticals Corp. (3735); Covenant Pharma, Inc. (0115); Hi-Tech Pharmacal Co., Inc. (8720); Inspire Pharmaceuticals, Inc. (9022); Oak Pharmaceuticals, Inc. (6647); Olta Pharmaceuticals Corp. (3621); VersaPharm Incorporated (6739); VPI Holdings Corp. (6716); and VPI Holdings Sub, LLC. The location of the Debtors' service address is: 1925 W. Field Court, Suite 300, Lake Forest, Illinois 60045.

RLF1 24360718v.1

WHEREAS, on October 1, 2020, Appellant Provepharm, Inc. ("Provepharm") filed a notice of appeal initiating Case No. 20-cv-1336;

WHEREAS, Appellees Akorn, Inc., *et al.* ("Debtors") are the appellees in Case Nos. 20-cv-1254 and 20-cv-1336;

WHEREAS, on October 19, 2020, the Court entered an order consolidating Case Nos. 20-cv-1254 and 20-cv-1336;

WHEREAS, on November 12, 2020, the Court entered an order directing the parties to submit a proposed briefing schedule to the Court no later than November 30, 2020;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the briefing schedule shall be as follows:

| Brief | Length | Due Date |
|---|---|---|
| Consolidated Opening Brief of the Funds and Provepharm | 60 Pages | January 15, 2021 |
| Response Brief of the Debtors | 60 Pages | March 31, 2021 |
| Consolidated Reply Brief of the Funds and Provepharm | 30 Pages | April 21, 2021 |

Dated: November 24, 2020
Wilmington, Delaware

| | |
|---|---|
| */s/ William P. Bowden* | */s/ Paul N. Heath* |

**ASHBY & GEDDES, P.A.**
William P. Bowden (No. 2553)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
Email: wbowden@ashbygeddes.com

- and -

**NORTON ROSE FULBRIGHT US LLP**
Michael M. Parker (admitted *pro hac vice*)
111 W. Houston Street, Suite 1800
San Antonio, TX 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205
Email:
michael.parker@nortonrosefulbright.com

*Counsel for Appellant Provepharm, Inc.*

**RICHARDS, LAYTON & FINGER, P.A.**
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: heath@rlf.com
　　　steele@rlf.com
　　　haywood@rlf.com

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**

George W. Hicks, Jr. (*admitted pro hac vice*)
Andrew C. Lawrence (*admitted pro hac vice*)
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: george.hicks@kirkland.com
　　　andrew.lawrence@kirkland.com

*Counsel for Appellees Akorn, Inc., et al.*

*/s/ Leslie B. Spoltore*

**OBERMAYER REBMAN MAXWELL & HIPPEL LLP**
Leslie B. Spoltore (No. 3605)
123 Justison Street, Suite 100
Wilmington, Delaware 19801
Telephone: (302) 238-6947
Facsimile: (302) 655-1092
Email: leslie.spoltore@obermayer.com

3

- and -

Edmond M. George (*admitted pro hac vice*)
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3140
Facsimile: (215) 665-3165
Email: edmond.george@obermayer.com

*Counsel for Appellants AFSCME District Council 47 Health and Welfare Fund, 1199SEIU National Benefit Fund, 1199SEIU Greater New York Benefit Fund, 1199SEIU National Benefit Fund for Home Care Workers, 1199SEIU Licensed Practical Nurses Welfare Fund and Sergeants Benevolent Association Health and Welfare Fund*

SO ORDERED this _____ day of _____, 2020.

_____
The Honorable Maryellen Noreika
United States District Judge

4

RLF1 24360718v.1