## CERTIFICATE OF COMPLIANCE

The undersigned certifies that the foregoing brief is 59 pages and, accordingly, complies with this Court's page-limit order dated November 18, 2020.

April 30, 2021

/s/ *Paul N. Heath*
Paul N. Heath (No. 3704)
