## CERTIFICATE OF SERVICE

I hereby certify that, on April 30, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Delaware by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Paul N. Heath*
Paul N. Heath (No. 3704)